ORIGINAL

FILED
MAR 1 6 2005
U.S. COURT OF
FEDERAL CLAIMS

ECF

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

05- 371C

| | | |
|---|---|---|
| **TEXAS HEALTH CHOICE, L.C.,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 9:03-CV-14 (TH)** |
| | § | **JURY** |
| **UNITED STATES OFFICE OF PERSONNEL MANAGEMENT,** | § | |
| **Defendant.** | § | |

## ORDER OF TRANSFER

Pursuant to the opinion of the United States Court of Appeals for the Federal Circuit [Clerk's Docket No. 57], the above styled action is **TRANSFERRED** to the Court of Federal Claims. Upon transfer of the file to the Clerk of the Court of Federal Claims, the Clerk of this Court is **DIRECTED** to close this case file..

**SO ORDERED.**

**SIGNED** this the **8** day of **March, 2005.**

Thad Heartfield
United States District Judge

A True Copy I Certify
David J. Maland, Clerk
U.S. District Court
Eastern District, Texas
By