# In the United States Court of Federal Claims

## NOTICE

**TEXAS HEALTH CHOICE, L.C.**

**No. 05-371 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., June 17, 2005**

To Attorney of Record, Assistant Attorney General and Judge Horn:

Please take notice that the following additional documents have been received from the United States District Court for the Eastern District of Texas (Lufkin Division) for inclusion into the record as transferred from District Court:

a certified copy of the Mandate from the Court of Appeals for the Federal Circuit, dated May 18, 2005, together with a certified copy of the Court's Decision and Defendant's Bill of Costs.

Brian Bishop

Brian Bishop, Clerk