Case 9:03-cv-00014-TH-JKG Document 60 Filed 05/23/2005 Page 1 of 1

# United States Court of Appeals for the Federal Circuit

FILED - CLERK
U.S. DISTRICT COURT
2005 MAY 23 PM 12: 52
TX EASTERN - LUFKIN
BY ____________

04-1400

TEXAS HEALTH CHOICE, L.C.,

Plaintiff-Appellee,

v.

OFFICE OF PERSONNAL MANAGEMENT,

Defendant-Appellant.

## Judgment

A True Copy I Certify
David J. Maland, Clerk
U.S. District Court
Eastern District, Texas
By [signature]

ON APPEAL from the UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

In CASE NO(S). 9:03-CV-14

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

REVERSED AND REMANDED

ENTERED BY ORDER OF THE COURT

DATED MAR - 3 2005

[signature]
Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Christy Thomas Date: 5/18/05

Issued as Mandate: MAY 18 2005
COSTS:
Printing ................................ $ 473.44
Total................................ $ 473.44