BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment)

Docket No(s): 04-1400 Caption: TEXAS HEALTH CHOICE v OPM

FILED - CLERK U.S. DISTRICT COURT
2005 MAY 23 PM 12: 52
TX EASTERN - LUFKIN
BY

Clerk is requested to tax the following costs against: Texas Health Choice, L.C., Plaintiff-Appellee

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | | | 6.00 | | |
| Table or Compilation of Designated Materials (copying and collating) | | | | 0.08 | | |
| Brief (original) | xxxxx | 25 | 6.00 | 6.00 | 150.00 | |
| Brief (cover and binding) | 16 | xxxxx | 2.00 | 2.00 | 32.00 | |
| Brief (copying and collating) | 15 | 25 | 0.08 | 0.08 | 30.00 | |
| Appendix (original-table of contents) | xxxxx | 1 | 6.00 | 6.00 | 6.00 | |
| Appendix (covers and binding) | 16 | | | 2.00 | 32.00 | |
| Appendix (copying and collating) | 16 | 23 | .08 | 0.08 | 29.44 | |
| Reply Brief (original) | xxxxx | 20 | 6.00 | 6.00 | 120.00 | |
| Reply Brief (covers and binding) | 16 | xxxxx | | 2.00 | 32.00 | |
| Reply Brief (copying and collating) | 15 | 20 | .08 | 0.08 | 24.00 | |
| Other (describe):Brief Appendix | 15 | 15 | .08 | 0.08 | 18.00 | |
| GRAND TOTALS | | | | | 473.44 | |

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAR - 8 2005
JAN HORBALY
CLERK

City/County of Washington ) District/State of Columbia ) SS

I, Jane W. Vanneman swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Copies of this bill were served on all parties.

Signature: [signature] Date: 3/8/05 Attorney for: Defendant-Appellant

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 5/13/05

A True Copy I Certify
David J. Maland, Clerk
U.S. District Court
Eastern District, Texas
By [signature]

## CERTIFICATE OF SERVICE

I certify under penalty of perjury on this 8 day of March, 2005, I caused to be placed in the United States mail (first class mail, postage prepaid) copies of "DEFENDANT APPELLANT'S BILL OF COSTS" addressed as follows:



Mr. Mike Nadel
McDermott Will and Emery
600 13th St., NW
Washington, DC 20005

Terressa Barnes