# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * *
TEXAS HEALTH CHOICE, L.C.,

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

**No. 05-371C**
**Filed: July 8, 2005**

**O R D E R**

As a result of the decision by the United States Court of Appeals for the Federal Circuit in Texas Health Choice, L.C. v. Office of Personnel Management, 400 F.3d 895 (Fed. Cir. 2005),[1] the above captioned case was transferred to this court and to this judge from the United States District Court for the Eastern District of Texas. The above captioned case was identified as an electronic case in the court's case management/electronic case filing (CM/ECF) system. The clerk's office advises that plaintiff's counsel does not have a CM/ECF account with this court. Although this order is being filed electronically, the clerk's office shall **PROVIDE** this order to the plaintiff by mail this time. Future orders, however, and all filings by the parties shall be transmitted electronically. See United States Court of Federal Claims General Order No. 42A, "Interim Procedures for Electronic Case Filing."

Pursuant to Rule 3.1(a)(2) of the Rules of the United States Court of Federal Claims (RCFC), "[e]ight copies of the complaint filed in the other court [in this case, E.D. Tex.], containing the necessary changes in the caption and duplicated in conformity with RCFC 5.3, shall be filed with the clerk within 28 days after the filing required in subdivision (a)(1). In lieu thereof and within the same time period, an original and 7 copies of an amended complaint may be filed in conformity with the rules of this court setting forth the claim or claims transferred." A modified or amended complaint for the above captioned case has not been received to date. The clerk's office shall **PROVIDE** the plaintiff's counsel with a copy of the court's rules.

Since the plaintiff in the above-captioned case has not timely filed the requisite complaint, even following the mandate issued by the Federal Circuit, the court **ORDERS** that,

---

[1] A rehearing and rehearing en banc was denied by the Federal Circuit on May 11, 2005, and the Federal Circuit issued its mandate on May 18, 2005.

on or before **Friday, July 22, 2005**, the plaintiff shall file a modified or amended complaint, or show cause why the above captioned case should not be dismissed, with prejudice, for failure to prosecute and to comply with the rules of this court, in accordance with RCFC 41(b). In this regard, RCFC 41(b) states that: "For failure of the plaintiff to prosecute or to comply with these rules or any order of court, the court may dismiss on its own motion or defendant may move for dismissal of an action or any claim."

Furthermore, RCFC 83.1(a) provides that only attorneys who are members of the bar of this court may enter an appearance. The clerk's office advises that plaintiff's counsel is not a member of the bar of this court. The point of contact in the clerk's office for admission to the bar of this court is Harold Wymbs, telephone no. (202) 357-6429. Counsel should make the appropriate application immediately to allow for further representation of the plaintiff in this case.

The court contemplates scheduling a status conference, for which, if appropriate, plaintiff's counsel may appear by telephone, shortly after the complaint is properly filed in this court.

**IT IS SO ORDERED.**

__s/Marian Blank Horn___
**MARIAN BLANK HORN**
**Judge**