IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEXAS HEALTH CHOICE, L.C., | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-371C |
| | ) | (Judge Horn) |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jane W. Vanneman as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jane W. Vanneman
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Jane W. Vanneman
Jane W. Vanneman
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Tel: (202) 307-1011
Fax: (202) 514-8624

Dated: July 13, 2005

CERTIFICATE OF FILING

I hereby certify that on July 13, 2005, a copy of foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jane W. Vanneman