# United States Court of Federal Claims

| | |
|---|---|
| **Texas Health Choice, L.C.,**<br>*Plaintiff,*<br><br>*v.*<br><br>**United States,**<br>*Defendant.* | **No. 05-371C**<br><br>**Judge Marian Blank Horn** |

## Notice of Appearance

To the Clerk:

Please enter the appearance of Michael S. Nadel as attorney of record for Plaintiff Texas Health Choice, L.C. Service of all orders and papers by opposing parties should be addressed as follows:

Michael S. Nadel
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8000

Respectfully submitted,

Michael S. Nadel
McDermott Will & Emery LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 756-8000

*Attorneys for Plaintiff*
*Texas Health Choice, L.C.*