# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * *

**GHS HEALTH MAINTENANCE ORGANIZATION, INC. d/b/a BLUELINCS HMO,**

**Plaintiff,**

**TEXAS HEALTH CHOICE, L.C.,**
**Plaintiff,**

**SCOTT & WHITE HEALTH PLAN,**
**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * *

**Nos. 01-517C, 05-371C, 05-963C**
**Filed: September 8, 2005**

**O R D E R**

The case of Scott & White Health Plan v. United States, No. 05-963C, recently was transferred to this court from the United States District Court for the District of Columbia. Also, the case of Texas Health Choice, L.C. v. United States, No. 05-371C, previously was transferred to this court from the United States District Court for the Eastern District of Texas. The issues in Scott & White and Texas Health Choice appear to be similar to the issues in GHS Health Maintenance Organization, Inc. d/b/a Bluelincs HMO v. United States, No. 01-517C. The court **SCHEDULES** a status conference for all three cases for **Friday, September 16, 2005, at 2:30 p.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for all parties shall appear in person. The courtroom number will be posted on the day of the status conference. The parties shall consult prior to the status conference, and be prepared to address the similarities among the three cases, and to propose a mechanism and schedule for resolution of the three cases.

The GHS case was not an ECF case; the other two cases have been designated ECF cases. The clerk's office, therefore, is **DIRECTED** to convert the GHS case to an ECF case. The attorney of record for GHS has been advised of the ECF change by chambers staff and has no objection to the conversion. On another matter, summary judgment motions in the above captioned cases shall not be filed by either party until notice of the proposed motions are provided to the court, and the proposed motions are discussed at a status conference.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**