## Section 3. How to get benefits *continued*

**Do I have to submit claims?**

You normally won't have to submit claims to us unless you receive emergency services from a provider who doesn't contract with us. If you file a claim, please send us all of the documents for your claim as soon as possible. You must submit claims by December 31 of the year after the year you received the service. Either OPM or we can extend this deadline if you show that circumstances beyond your control prevented you from filing on time.

**Who provides my health care in Dallas?**

Texas Health Choice, L.C., offers comprehensive health care coverage on a pre-paid basis at Plan facilities conveniently located throughout the Dallas/Ft. Worth metropolitan area and through referral specialists, hospitals, and other providers in the community. All care should be received at these facilities and from these providers except in medical emergencies.

As a mixed model plan, Texas Health Choice, L.C., contracts with doctors who practice under an Independent Practice Association (IPA), in medical centers or groups of physicians--or with individual physicians to provide your care. Medical care is provided through doctors, nurse practitioners and other skilled medical personnel working as medical teams for consultation and treatment. Other necessary medical services, such as physical therapy, laboratory and X-ray services, are also available at Plan facilities. Hospital care is provided through the Plan at several local community hospitals.

You must choose a primary care doctor when you choose this Plan. The Texas Health Choice provider directory lists primary care providers with their locations, and phone numbers. (Primary care doctors generally include family practitioners, pediatricians, and internists.) With one exception for OB-GYN doctors, the primary care doctor you select will determine which set of specialty physicians you may access. For example, if you select a primary care doctor affiliated with our contracted IPA, you will only be able to access specialists affiliated with the IPA and not The Medical Group of Texas.

In addition to selecting a primary care doctor, we also request that female members over the age of 14 select an OB-GYN at the same time they select a primary care doctor. OB-GYN doctors may be accessed directly without referral from a primary care provider. Also, members may select an OB-GYN from any of Texas Health Choice's network of providers regardless of whether the OB-GYN is part of their primary care provider's network.

**Who Provides My Health Care in Houston?**

This plan has been approved as an Individual Practice Association (IPA) model plan. Texas Health Choice's Physician network is comprised of sixteen (16) contracted IPAs. The contracted IPAs consist of over 375 Primary Care Physicians (PCPs) and 1,000 specialist physicians. The Plan also contracts with 34 area hospitals.

You must choose a primary care doctor when you choose this Plan. The Texas Health Choice provider directory lists primary care providers with their locations and phone numbers. Primary care doctors generally include family practitioners, pediatricians, and internists. You may select one of the Plan's PCPs from any one of the IPAs. The primary care doctor you select will determine which set of specialty physicians you may access.

In addition to selecting a primary care doctor, we also request that female members over the age of 14 select an OB-GYN at the same time they select a primary care doctor. OB-GYN doctors may be accessed directly without referral from a primary care provider.

Texas Health Choice, L.C., offers comprehensive health care coverage on a pre-paid basis at Plan contracted specialists, hospitals, and other providers conveniently located throughout the Houston and Golden Triangle area. All care should be received at contracted facilities and from contracted providers except in medical emergencies.

## Section 3. How to get benefits *continued*

**What do I do if my primary care physician leaves the Plan?**

Call us. We will help you select a new one.

**What do I do if I need to go into the hospital?**

Talk to your Plan doctor. If you need to be hospitalized, your primary care provider or specialist will make the necessary hospital arrangements and supervise your care.

If you are in an emergency situation and need to be hospitalized, please contact us at the number listed on the back of your membership card.

If you need to be hospitalized in a non-Plan facility, the Plan must be notified within 48 hours or as soon as possible following your admission. If you are hospitalized in non-Plan facilities and Plan doctors believe care can be better provided in a Plan hospital, you will be transferred when medically feasible with any ambulance charges covered in full.

**What do I do if I'm in the hospital when I join this Plan?**

First, call our Member Service department at 1-800-466-8397. If you are new to the FEHB Program, we will arrange for you to receive care. If you are currently in the FEHB Program and are switching to us, your former plan will pay for the hospital stay until:

- You are discharged, not merely moved to an alternative care center, or
- The day your benefits from your former plan run out, or
- The 92nd day after you became a member of this Plan; whichever happens first.

These provisions only apply to the person who is hospitalized.

**How do I get specialty care?**

Talk to your doctor. Your primary care provider will arrange for your referral to a specialist. It is the responsibility of your primary care provider to obtain any necessary authorizations from the Plan before referring you to a specialist or making arrangements for hospitalization. Services of other Plan providers and non-Plan providers are covered only when there has been a referral by your primary care provider.

If you need to see a specialist frequently because of a chronic, complex, or serious medical condition, your primary care physician will develop a treatment plan that allows you to see your specialist for a certain number of visits without additional referrals. Your primary care physician will use our criteria when creating your treatment plan and must request approval from a Texas Health Choice Medical Director.

**What do I do if I am seeing a specialist when I enroll?**

Your primary care physician will decide what treatment you need. If they decide to refer you to a specialist, ask if you can see your current specialist. If your current specialist does not participate with us, you must receive treatment from a specialist who does. Generally, we will not pay for you to see a specialist who does not participate with our Plan.

**What do I do if my specialist leaves the Plan?**

Call your primary care physician, who will arrange for you to see another specialist. You may receive services from your current specialist until we can make arrangements for you to see someone else.

213

## Section 3. How to get benefits *continued*

**But, what if I have a serious illness and my provider leaves the Plan or this Plan leaves the Program?**

Please contact us if you believe your condition is chronic or disabling. You may be able to continue seeing your provider for up to 90 days after we notify you that we are terminating our contract with the provider (unless the termination is for cause). If you are in the second or third trimester of pregnancy, you may continue to see your OB/GYN until the end of your postpartum care.

You may also be able to continue seeing your provider if your plan drops out of the FEHB Program and you enroll in a new FEHB plan. Contact the new plan and explain that you have a serious or chronic condition, or are in your second or third trimester. Your new plan will pay for or provide your care for up to 90 days after you receive notice that your prior plan is leaving the FEHB Program. If you are in your second or third trimester, your new plan will pay for the OB/GYN care you receive from your current provider until the end of your postpartum care.

**How do you authorize medical services?**

Your physician must get our approval before sending you to a hospital, referring you to a specialist, or recommending follow-up care. Before giving approval, we consider if the service is medically necessary, and if it follows generally accepted medical practice.

**How do you decide if a service is experimental or investigational?**

In order to keep pace with developments in new medical technology and to ensure that members have access to safe and effective care, Texas Health Choice has adopted a formal process to assess new and emerging medical discoveries before they are included in our member benefit package. This process includes the review of new medical procedures, drugs, devices, and new applications of already existing technologies. If the medical breakthrough passes all the rigorous medical tests and is of benefit to the member, it is considered as a diagnostic or treatment option for the member.

New medical technology is reviewed against specific criteria and clinical research for its effectiveness. Texas Health Choice solicits input from local and national specialties during the review process.

The new technology must:

- be approved by the appropriate government regulatory body (for example, Food and Drug Administration approves new pharmaceutical drugs)
- demonstrate a positive effect and improve health outcomes
- be as beneficial as any established alternatives
- be able to demonstrate improvement outside the investigational setting
- demonstrate cost effectiveness

Requests for review of a NEW medical technology review may be submitted by physicians, health plan members, and other interested parties.

## Section 4. What to do if we deny your claim or request for service

If we deny services or won't pay your claim, you may ask us to reconsider our decision. Your request must:

1. Be in writing,
2. Refer to specific brochure wording in explaining why you believe our decision is wrong; and
3. Be made within six months from the date of our initial denial or refusal. We may extend this time limit if you show that you were unable to make a timely request due to reasons beyond your control.

We have 30 days from the date we receive your reconsideration request to:

1. Maintain our denial in writing;
2. Pay the claim;
3. Arrange for a health care provider to give you the service; or
4. Ask for more information.

If we ask your medical provider for more information, we will send you a copy of our request. We must make a decision within 30 days after we receive the additional information. If we do not receive the requested information within 60 days, we will make our decision based on the information we already have.

**What if you have denied my request for care and my condition is serious or life threatening?**

If your condition is serious or life threatening, call us. We will work with you to expedite the review of your claim. Serious or life-threatening conditions are ones that may cause permanent loss of bodily functions or death if they are not treated as soon as possible.

**What if you have a serious or life threatening condition and you haven't responded to my request for service?**

Call us at (202) 606-0755 and we will expedite our review.

**When may I ask OPM to review a denial?**

You may ask OPM to review the denial after you ask us to reconsider our initial denial or refusal. OPM will determine if we correctly applied the terms of our contract when we denied your claim or request for service.

**Are there other time limits?**

You must write to OPM and ask them to review our decision within 90 days after we uphold our initial denial or refusal of service. You may also ask OPM to review your claim if:

1. We do not answer your request within 30 days. In this case, OPM must receive your request within 120 days of the date you asked us to reconsider your claim.

2. You provided us with additional information we asked for, and we do not answer within 30 days. In this case, OPM must receive your request within 120 days of the date we asked you for additional information.

215

## Section 4. What to do if we deny your claim or request for service *continued*

**What do I send to OPM?**

Your request must be complete, or OPM will return it to you. You must send the following information:

1. A statement about why you believe our decision is wrong, based on specific benefit provisions in this brochure;
2. Copies of documents that support your claim, such as physicians' letters, operative reports, bills, medical records, and explanation of benefits (EOB) forms;
3. Copies of all letters you sent us about the claim;
4. Copies of all letters we sent you about the claim; and
5. Your daytime phone number and the best time to call.

If you want OPM to review different claims, you must clearly identify which documents apply to which claim.

**Who can make the request?**

Those who have a legal right to file a disputed claim with OPM are:

1. Anyone enrolled in the Plan;
2. The estate of a person once enrolled in the Plan; and
3. Medical providers, legal counsel, and other interested parties who are acting as the enrolled person's representative. They must send a copy of the person's specific written consent with the review request.

**Where Should I mail my disputed claim to OPM?**

Send your request for review to: Office of Personnel Management, Office of Insurance Programs, Contract Division 3, P.O. Box 436, Washington, D.C. 20044.

**What if OPM upholds the Plan's denial?**

OPM's decision is final. There are no other administrative appeals. If OPM agrees with our decision, your only recourse is to sue.

If you decide to sue, you must file the suit against OPM in Federal court by December 31 of the third year after the year in which you received the disputed services or supplies.

**What laws apply if I file a lawsuit?**

Federal law governs your lawsuit, benefits, and payment of benefits. The Federal court will base its review on the record that was before OPM when OPM made its decision on your claim. You may recover only the amount of benefits in dispute.

You (or a person acting on your behalf) may not sue to recover benefits on a claim for treatment, services, supplies, or drugs covered by us until you have completed the OPM review procedure described above.

**Your records and the Privacy Act**

Chapter 89 of title 5, United States Code allows OPM to use the information it collects from you and us to determine if our denial of your claim is correct. The information OPM collects during the review process becomes a permanent part of your disputed claims file, and is subject to the provisions of the Freedom of Information Act and the Privacy Act. OPM may disclose this information to support the disputed claim decision. If you file a lawsuit, this information will become part of the court record.

## Section 5. BENEFITS *(Plan specific)*

### Medical and Surgical Benefits

**What is covered**

A comprehensive range of preventive, diagnostic and treatment services is provided by Plan doctors and other Plan providers. This includes all necessary office visits; **you pay** a $10 office visit copay, but no additional copay for laboratory tests and X-rays. Within the service area, house calls will be provided if in the judgment of the Plan doctor such care is necessary and appropriate; **you pay** nothing for a doctor's house call and home visits by nurses and health aides.

Copayments for surgery are as shown under Limited benefits.

The following services are included and are subject to the office visit copay unless stated otherwise:

- Preventive care, including well-baby care and periodic check-ups.
- Mammograms are covered as follows: for women age 35 through age 39, one mammogram during these five years; for women age 40 through age 49, one mammogram every one or two years; for women age 50 through age 64, one mammogram every year; and for women age 65 and above, one mammogram every two years. **You pay** nothing. In addition to routine screening, mammograms are covered when prescribed by the doctor as medically necessary to diagnose or treat your illness.
- Fecal occult blood test for members age 40 and over. Sigmoidoscopy screening every 5 years starting at age 50.
- Routine immunizations and boosters, including inactivated poliovirus vaccine (IPV) at 2 and 4 months of age. **You pay** nothing.
- Consultations by specialists.
- Diabetic education and training. **You pay** nothing.
- Diagnostic procedures, such as laboratory tests and x-rays. **You pay** nothing.
- Complete obstetrical (maternity) care for all covered females, including prenatal, delivery and postnatal care by a Plan doctor. **You pay** nothing for office visits to Plan doctors for prenatal and postnatal care. Complete obstetrical (maternity) care for covered females, including all prenatal delivery and postnatal care by a Plan doctor. The mother, at her option, may remain in the hospital up to 48 hours after a regular delivery and 96 hours after a caesarean delivery. Inpatient stays will be extended if medically necessary. If enrollment in the Plan is terminated during pregnancy, benefits will not be provided after coverage under the Plan has ended. Ordinary nursery care of the newborn child during the covered portion of the mother's hospital confinement for maternity will be covered under either a Self Only or Self and Family enrollment; other care of an infant who requires definitive treatment will be covered only if the infant is covered under a Self and Family enrollment.
- Voluntary sterilization and family planning services. **You pay** $75 for a vasectomy and $200 for a tubal ligation.
- Diagnosis and treatment of diseases of the eye.
- Allergy testing and treatment, including testing and treatment materials (such as allergy serum).
- The insertion of internal prosthetic devices, such as pacemakers and artificial joints.
- Cornea, heart, kidney and liver transplants, lung (single or double), heart/lung, kidney/pancrease; allogeneic (donor) bone marrow transplants; autologous bone marrow transplants (autologous stem cell and peripheral stem cell support) and autologous bone marrow transplants for the following conditions: acute lymphocytic or non-lymphocytic leukemia, advanced Hodgkin's lymphoma, advanced non-Hodgkin's lymphoma, advanced neuroblastoma, breast cancer; multiple myeloma; epithelial ovarian cancer; and testicular, mediastinal, retroperitoneal and ovarian germ cell tumors. Related medical and hospital expenses of the donor are covered when the recipient is covered by this Plan.
- Women who undergo mastectomies may, at their option, have this procedure performed on an inpatient basis and remain in the hospital up to 48 hours after the procedure.
- Dialysis. **You pay** nothing.

## Section 5. BENEFITS *(Plan specific) continued*

**What is covered** *continued*

- Chemotherapy, radiation therapy, and inhalation therapy. **You pay** nothing.
- Surgical treatment of morbid obesity
- Prosthetic devices, such as artificial limbs and lenses following cataract removal (initial device covered only). Covered prostheses also includes breast prostheses (including the surgical bra for an external prosthesis) following a mastectomy. We will also cover necessary replacement prostheses and bras as well. **You pay** 20% of charges.
- Durable medical equipment and diabetic equipment. **You pay** 20% of charges.
- Home health services of nurses and health aides, including intravenous fluids and medications, when prescribed by your Plan doctor, who will periodically review the program for continuing appropriateness and need. **You pay** nothing.
- All necessary medical or surgical care in a hospital or extended care facility from Plan doctors and other Plan providers, at no additional cost to you.
- Blood and blood derivatives
- Surgical procedures are no charge for all procedures, except those performed in the doctor's office which alone are subject to a $10 copayment per procedure in addition to the office visit copayment; however, sterilizations performed in a doctor's office are $75 for a vasectomy and $200 for a tubal ligation. Inpatient surgical procedures are no charge.

**Limited benefits**

- Oral and maxillofacial surgery is provided for nondental surgical and hospitalization procedures for congenital defects, such as cleft lip and cleft palate, and for medical or surgical procedures occurring within or adjacent to the oral cavity or sinuses including, but not limited to, treatment of fractures and excision of tumors and cysts. All other procedures involving the teeth or intra-oral areas surrounding the teeth are not covered, including shortening of the mandible or maxillae for cosmetic purposes, correction of malocclusion, and any dental care involved in treatment of temporomandibular joint (TMJ) pain dysfunction syndrome.
- Reconstructive surgery will be provided to correct a condition resulting from a functional defect or from an injury or surgery that has produced a major effect on the member's appearance and if the condition can reasonably be expected to be corrected by such surgery. A patient and their attending physician will decide whether or not to have breast reconstruction surgery following a medically necessary mastectomy, including whether or not to have surgery on the other breast in order to produce a symmetrical appearance.
- Short-term rehabilitative therapy (physical, speech and occupational) is provided on an inpatient or outpatient basis for up to two months per condition or 30 visits, whichever is greater per medical episode. Speech therapy is limited to treatment of certain speech impairments of organic origin. Occupational therapy is limited to services that assist the member to achieve and maintain self-care and improved functioning in other activities of daily living; **you pay** nothing for inpatient sessions and a $10 copay per outpatient session.

  Subject to the benefit maximums outlined above, medically necessary physical therapy, occupational therapy and speech therapy will not be denied, limited or terminated and will continue to be covered provided your condition improves and you continue to meet or exceed treatment goals. If at any point in treatment, a Texas Health Choice Medical Director determines that treatment goals will not be met, the rehabilitative services will no longer be covered. Treatment goals include recovery, restoration in function or improvement in the medical condition. Treatment goals for a physically disabled person as determined by a Texas Health Choice Medical Director may include maintenance of functioning or prevention of or slowing of further deterioration.
- Diagnosis and treatment of infertility is covered; **you pay** $10 per office visit. The following types of artificial insemination are covered: intracervical insemination (ICI), intravaginal insemination (IVI) and intrauterine insemination (IUI). **You pay** 50% of charges. The cost of donor sperm and eggs are not covered. Other assisted reproductive technology (ART) procedures, such as in-vitro fertilization and gamete/ zygote intrafallopian transfers, are not covered.

## Section 5. BENEFITS *(Plan specific) continued*

**Limited benefits** *continued*

Drugs related to non-covered infertility services are not covered. Drugs used for covered infertility treatments are provided under the Prescription Drug Benefit at 50% of the charge to members who do not have a prescription drug benefit.

- Cardiac rehabilitation following a heart transplant, bypass surgery or a myocardial infarction is provided "at a Plan facility" for up to 36 sessions; **you pay** $10 per visit.

**What is not covered**

- Chiropractic services
- Physical examinations that are not necessary for medical reasons, such as those required for obtaining or continuing employment or insurance, attending school or camp, or travel
- Reversal of voluntary, surgically-induced sterility
- Surgery primarily for cosmetic purposes
- External and internally implanted hearing aids
- Homemaker services
- Long-term rehabilitative therapy
- Transplants not listed as covered
- Orthopedic devices, such as braces and foot orthotics
- Devices, equipment, supplies and prosthetics related to the treatment of sexual dysfunction
- Any eye surgery solely for the purpose of correcting refractive defects in the eye, such as near-sightedness (myopia), foresightedness (hyperopia) and stigmatism

### Hospital/Extended Care Benefits

**What is covered**

**Hospital care**

The Plan provides a comprehensive range of benefits with no dollar or day limit when you are hospitalized under the care of a Plan doctor. **You pay** nothing. All necessary services are covered, including:

- Semiprivate room accommodations; when a Plan doctor determines it is medically necessary, the doctor may prescribe private accommodations or private duty nursing care.
- Specialized care units, such as intensive care or cardiac care units.

**Extended care**

The Plan provides a comprehensive range of benefits for up to 100 days per calendar year when full-time skilled nursing care is necessary and confinement in a skilled nursing facility is medically appropriate as determined by a Plan doctor and approved by the Plan. **You pay** nothing. All necessary services are covered, including:

- Bed, board and general nursing care.
- Drugs, biologicals, supplies, and equipment ordinarily provided or arranged by the skilled nursing facility when prescribed by a Plan doctor.

**Hospice Care**

Supportive and palliative care for a terminally ill member is covered in the home or hospice facility. Services include inpatient and outpatient care and family counseling; these services are provided under the direction of a Plan doctor who certifies that the patient is in the terminal stages of illness, with a life expectancy of approximately six months or less. **You pay** nothing. Outpatient bereavement counseling for each family member upon the death of a terminally ill member is covered for 5 group therapy visits or a maximum of $500 per calendar year, whichever is less. **You pay** $10 per visit. Respite care for each family member of terminally ill members is covered up to $1,000 per calendar year for outpatient services and $1,500 per calendar year for inpatient services. **You pay** nothing for outpatient and inpatient services.

## Section 5. BENEFITS *(Plan specific)* *continued*

**Ambulance service**

Benefits are provided for ambulance transportation ordered or authorized by a Plan doctor. **You pay** a $50 copay per trip.

**Limited benefits**

**Inpatient Dental Procedures**

Hospitalization for certain dental procedures is covered when a Plan doctor determines in conjunction with a Texas Health Choice Medical Director that there is a need for hospitalization for reasons totally unrelated to the dental procedure; the Plan will cover the hospitalization, but not the cost of the professional dental services. Conditions for which hospitalization would be covered include hemophilia and heart disease; the need for anesthesia, by itself, is not such a condition.

**Acute inpatient detoxification**

Hospitalization for medical treatment of substance abuse is limited to emergency care, diagnosis, treatment of medical conditions, and medical management of withdrawal symptoms (acute detoxification) if the Plan doctor determines that outpatient management is not medically appropriate. See page 16 for non-medical substance abuse benefits.

**What is not covered**

- Personal comfort items, such as telephone and television
- Dental hospitalization
- Custodial care, rest cures, domiciliary or convalescent care

**Emergency Benefits**

**What is a medical emergency?**

A medical emergency is the sudden and unexpected onset of a condition or an injury that you believe endangers your life or could result in serious injury or disability, and requires immediate medical or surgical care. Some problems are emergencies because, if not treated promptly, they might become more serious; examples include deep cuts and broken bones. Others are emergencies because they are potentially life-threatening, such as heart attacks, strokes, poisonings, gunshot wounds, or sudden inability to breathe. There are many other acute conditions that the Plan may determine are medical emergencies---what they all have in common is the need for quick action.

**Emergencies within the service area**

If you are in an emergency situation, please call your primary care doctor. In extreme emergencies, if you are unable to contact your doctor, contact the local emergency system (e.g., the 911 telephone system) or go to the nearest hospital emergency room. Be sure to tell the emergency room personnel that you are a Plan member so they can notify the Plan. You or a family member must notify the Plan within 48 hours, unless it was not reasonably possible to do so. It is your responsibility to ensure that the Plan has been timely notified.

If you need to be hospitalized, the Plan must be notified within 48 hours or on the first working day following your admission, unless it was not reasonably possible to notify the Plan within that time. If you are hospitalized in non-Plan facilities and Plan doctors believe care can be better provided in a Plan hospital, you will be transferred when medically feasible with any ambulance charges covered in full.

Benefits are available for care from non-Plan providers in a medical emergency only if delay in reaching a Plan provider would result in death, disability or significant jeopardy to your condition.

To be covered by this Plan, any follow up care recommended by non-Plan providers must be approved by the Plan or provided by Plan providers.

**Plan pays...**

Customary and reasonable charges for emergency services to the extent the services would have been covered if received from Plan providers.

## Section 5. BENEFITS *(Plan specific)* *continued*

**Emergency within a service area** *continued*

**You pay...**

$100 per hospital emergency room visit (waived if admitted as an inpatient) or $25 per urgent care center visit for emergency services that are covered benefits of this Plan. $50 per ambulance trip, copayments as shown on page 18 for outpatient/inpatient surgical procedures and outpatient surgical facility visits and inpatient admissions, $25 per non-Plan doctor's office visit, and all charges for services which are not a covered benefit of this Plan.

**Emergencies outside the service area**

Benefits are available for any medically necessary health service that is immediately required because of injury or unforeseen illness.

If you need to be hospitalized, the Plan must be notified within 48 hours or on the first working day following your admission, unless it was not reasonably possible to notify the Plan within that time. If a Plan doctor believes care can be better provided in a Plan hospital, you will be transferred when medically feasible with any ambulance charges covered in full.

To be covered by this Plan, any follow up care recommended by non-Plan providers must be approved by the Plan or provided by Plan providers.

**Plan pays...**

Reasonable charges for emergency care services to the extent the services would have been covered if received from Plan providers.

**You pay...**

$100 per hospital emergency room visit (waived if admitted as an inpatient) or $25 per urgent care center visit for emergency services that are covered benefits of this Plan. $50 per ambulance trip, copayments as shown on page 18 for outpatient/inpatient surgical procedures and outpatient surgical facility visits and inpatient admissions, $25 per non-Plan doctor's office visit, and all charges for services which are not a covered benefit of this Plan.

**What is covered**

- Emergency care at a doctor's office or an urgent care center
- Emergency care as an outpatient or inpatient at a hospital, including doctors' services
- Ambulance service approved by the Plan; **You pay** $50 per ambulance trip

**What is not covered**

- Elective care or non-emergency care
- Emergency care provided outside the service area if the need for care could have been foreseen before leaving the service area
- Medical and hospital costs resulting from a normal full-term delivery of a baby outside the service area

**Filing claims for non-plan providers**

With your authorization, the Plan will pay benefits directly to the providers of your emergency care upon receipt of their claims. Physician claims should be submitted on the HCFA 1500 claim form. If you are required to pay for the services, submit itemized bills and your receipts to the Plan along with an explanation of the services and the identification information from your ID card. Payment will be sent to you (or the provider if you did not pay the bill), unless the claim is denied. If it is denied, you will receive notice of the decision, including the reasons for the denial and the provisions of the contract on which denial was based. If you disagree with the Plan's decision, you may request reconsideration in accordance with the disputed claims procedure described on page 14.

## Section 5. BENEFITS *(Plan specific) continued*

### Mental Conditions/ Substance Abuse Benefits

### Mental conditions

**What is covered**

To the extent shown below, the Plan provides the following services necessary for the diagnosis and treatment of acute psychiatric conditions, including the treatment of mental illness or disorders:

- Diagnostic evaluation
- Psychiatric treatment (including individual and group therapy)
- Medical management visits, including drug evaluation and maintenance. **You pay** $10 per visit. (These visits are not charged as mental health outpatient visits.)
- Hospitalization (including inpatient professional services)

**Outpatient care**

Up to 40 outpatient visits to Plan doctors, consultants, or other psychiatric personnel each calendar year. **You pay** $10 per visit for group therapy and $20 for individual therapy for covered visits — all charges thereafter.

**Inpatient care**

Up to 30 days of hospitalization each calendar year. **You pay** nothing per covered day of hospitalization— all charges thereafter.

**What is not covered**

- Care for psychiatric conditions which in the professional judgment of Plan doctors are not subject to significant improvement through relatively short- term treatment
- Psychiatric evaluation or therapy on court order or as a condition of parole or probation, unless determined by a Plan doctor to be necessary and appropriate
- Psychological testing, except when needed as part of a medical evaluation

### Serious Mental Illness

**What is covered**

Serious mental Coverage is provided for the medically necessary care, diagnosis, and treatment of serious mental illnesses. "Serious mental illness" means the following psychiatric illnesses as defined by the American Psychiatric Association in the Diagnostic and Statistical Manual (DSM):

- schizophrenia;
- paranoid and other psychotic disorders;
- bipolar disorders (hypomanic, manic, depressive, and mixed);
- major depressive disorders (single episode or recurrent);
- schizo- affective disorders (bipolar or depressive);
- pervasive developmental disorders; and
- obsessive- compulsive disorders; and
- depression in childhood and adolescence.

**Outpatient care**

Up to 60 outpatient visits to Plan doctors, consultants or other psychiatric personnel each calendar year. **You pay** $10 for each covered visit - all charges thereafter. An outpatient visit for the purpose of medication management does not count toward this 60 visit limit. **You pay** $10 for each covered visit for medication management.

## Section 5. BENEFITS *(Plan specific) continued*

**Inpatient care** Up to 45 days of inpatient treatment each calendar year. **You pay** nothing.

**Substance Abuse**

**What is covered** This Plan provides medical and hospital services such as acute detoxification services for the medical, non- psychiatric aspects of substance abuse, including alcoholism and drug addiction, the same as for any other illness or condition and, to the extent shown below, the services necessary for diagnosis and treatment.

**Outpatient care** Up to 40 outpatient visits to Plan providers for treatment each calendar year; treatment for individual group and family counseling is covered to a maximum of 4 separate series of treatment per member; **you pay** a $10 copay for each covered visit — all charges thereafter.

**Inpatient care** Up to 30 days per calendar year in a substance abuse rehabilitation (intermediate care) program in an alcohol detoxification or rehabilitation center approved by the Plan; **you pay** nothing during the benefit period — all charges thereafter.

**What is not covered**

- Treatment that is not authorized by a Plan doctor.
- All charges if the member does not complete the substance abuse treatment program.
- Substance abuse treatment on court ordered or as a condition of parole or probation, unless determined by a Texas Health Choice Medical Director to be to be necessary and appropriate.

**Prescription Drug Benefits**

**What is covered**

- Prescription drugs prescribed by a Plan or referral doctor and obtained at a Plan pharmacy will be dispensed for up to a 30-day supply. **You pay** a $6 copay per prescription unit or refill for generic drugs and a $12 copay for brand-name drugs when no generic equivalent is available.
- If you select a brand name drug when a generic equivalent is available and your doctor has not specified that only a brand name is sufficient, **you pay** the amount by which the cost of the brand name drug exceeds the cost of the generic equivalent, in addition to the $6 copayment.
- Drugs are prescribed by Plan doctors and dispensed in accordance with the Plan's drug formulary. Non-formulary drugs will be covered when prescribed by a Plan doctor. **You pay** a 50% of charges per prescription or refill.

**Mail Order Pharmacy Option** A mail order program is available for up to a 90-day supply of covered maintenance medications for the treatment of long-term conditions such as, diabetes, arthritis, heart disease and high blood pressure if authorized by a Plan provider. **You pay** two prescription copayments for up to a 90-day supply.

**Covered medications and accessories include:**

- Infertility drugs. **You pay** 50% of charges.
- Drugs for which a prescription is required by law
- Insulin, with a copay charge applied to each whole vial up to 40 ml
- Diabetic supplies, including insulin syringes, needles, blood glucose measuring strips, and urine checking reagents. **You pay** nothing.
- Nitroglycerin, phenobarbital or Thyroid U.S.P. When prescribed in quantities of 100, a single copay charge will apply.
- Vitamins which require a prescription
- Disposable needles and syringes needed to inject covered prescribed medication
- Oral contraceptives

## Section 5. BENEFITS *(Plan specific) continued*

**Covered medications and accessories include:** *continued*

- Contraceptive devices, injectable and internally implanted time-release medications, except Norplant. **You pay** the generic or brand-name copay times the number of months the medication will be effective, not to exceed $200.
- Implanted contraceptive drugs such as Norplant are covered when other contraceptives are medically inappropriate or are contraindicated. **You pay** 50% coinsurance for charges related to the device, implantation, and removal. There will be no refund of any portion of these copays if the implanted time-release medication is removed before the end of its expected life.
- Erectile dysfunction drugs. **You pay** 50% of charges. Dispensing limitations apply.

Intravenous fluids and medication for home use, implantable drugs, and some injectable drugs are covered under Medical and Surgical Benefits.

**What is not covered**

- Smoking cessation drugs and medications
- Drugs available without a prescription or for which there is a nonprescription equivalent available
- Drugs obtained at a non-Plan pharmacy except for out-of-area emergencies
- Vitamins and nutritional substances that can be purchased without a prescription
- Medical supplies such as dressings and antiseptics
- Drugs for cosmetic purposes
- Drugs to enhance athletic performance

### Other Benefits

### Dental Care

**What is covered**

The following dental services are covered when provided by participating Plan dentists. You are limited to two visits per calendar year for any combination of the five preventive and diagnostic services listed below. **You pay** $10 per visit, except where noted:

- Oral examinations; **you pay** an additional $15 per emergency oral examination
- Dental prophylaxis (cleaning). **You pay** and additional $10 per visit
- Topical application of fluoride
- Bitewing x-rays (no more than one set every six months)
- Full mouth series x-rays as reasonable and necessary for dental diagnosis and treatment
- Emergency dental services received outside the service area. **You pay** an additional $25 per emergency visit

**What is not covered**

- Cosmetic dental services
- Replacement of lost or stolen dentures; appliances or bridgework
- Non-emergency care received from non-Plan dentist or non-emergency care received outside of the service area

### Vision Care

**What is covered**

In addition to the medical and surgical benefits provided for diagnosis and treatment of diseases of the eye, annual eye refractions (which include the written lens prescriptions for eyeglasses) may be obtained from Plan providers. **You pay** a $10 per visit.

**What is not covered**

- Examinations for fitting of or prescriptions for contact lenses
- Corrective eyeglasses and frames or contact lenses, except as provided on page 18 under Benefits.
- Eye exercises, except for patients for whom amblyopia or strabismus is a concurrent diagnosis.

# NON-FEHBP BENEFITS AVAILABLE TO PLAN MEMBERS

The benefits described on this page are neither offered nor guaranteed under the contract with the FEHB Program, but are made available to all enrollees and family members of this Plan. The cost of the benefits described on this page is not included in the FEHB premium and any charges for these services do not count toward any FEHB deductibles, or out-of-pocket maximums. These benefits are not subject to the FEHB disputed claims procedure.

**Medicare Prepaid Plan Enrollment**

If you are enrolled in this Plan through FEHBP, have Medicare Part A coverage and have purchased Part B coverage, you may also enroll in the Texas Health Choice Golden Choice program.

The Golden Choice plan provides all Medicare covered Part A and Part B benefits to the Medicare beneficiary, as well as some benefits not covered by Medicare. It is an arrangement between Medicare and this Plan in which Medicare pays a specific amount to this plan for each Medicare beneficiary who enrolls in the Plan.

Like your FEHBP enrollment in this Plan, you are required to obtain your services from this Plan's doctors and providers, except for emergencies and out-of-area urgent care. The rules regarding enrollment in Golden Choice are fully explained in the Plan's Evidence of Coverage. For a copy of these rules and or more information, please contact Member Services at 1-800 466-8397.

Following your enrollment in Golden Choice, you will be entitled to receive an enhanced benefits package that combines your FEHBP coverage with your Golden Choice benefits.

If you choose to enroll in Golden Choice, you will be responsible for paying the Medicare Part B premium. You must make an affirmative enrollment in Golden Choice. Information regarding enrollment and disenrollment rules may be found in the Evidence of Coverage for Golden Choice Federal Members. You will also continue to pay the employee share of the FEHBP premium.

**Health Education and Wellness Programs**

Our professional health educators, dietitians, exercise physiologists and registered nurses are committed to providing members with the tools necessary for lifelong wellness. In addition to preventive services, such as pediatric immunizations, flu shots and cholesterol screenings, we provide a variety of health education programs. Call (972) 479-5155 or (972) 263-2167 for class schedules and additional information.

**Vision Care Services**

**Optical Fee Schedule**

- Contact Lenses (materials only) .................................... 20% Discount
  (excludes disposable/ programmed replacement lenses, fit and follow- up, professional services and prepaid service agreements)
- Real Value (featuring everyday low package prices) ...................... 10% Discount
  - Complete pair of glasses (frames and lenses)
  - Choose from selection of over 350 frames

Single vision ................................................ starting at $109.00
Bifocal (FT 28) ............................................. starting at $89.00
Trifocal (7 x 28) ........................................... starting at $119.00

Frames, Lenses and Lens Options * .......................................... 33% Discount

- Choose from over 2,000 frames, including the latest in designer brands.
- Choose from the latest technology in lenses including thinner and lighter Hi- index lenses and anti- reflective coatings.

* Excludes package priced collection.

## NON-FEHBP BENEFITS AVAILABLE TO PLAN MEMBERS *continued*

**Optical Fee Schedule** *continued*

Knockabouts & No Rules Collection .................................... 15% Discount

- Eye Care Centers of America policy is to provide eyewear for all school age children and young adults that only include impact- resistant polycarbonate lenses for maximum eye protection. Therefore, all Knockabout frames are priced to include vision polycarbonate lenses.
- All Knockabout glasses have built- in ultra violet protection, scratch resistant coating and are guaranteed for one year against scratches and breakage.
- Choose from a selection of over 175 frames. Featuring everyday low package prices starting at $87.00

Non- Rx Sunglasses & Accessories .................................... 20% Discount

Additional Items Not Listed Above .................................... 20% Discount

You must receive services from participating EyeMasters optical facilities listed in your provider directory. There is no premium charge for this benefit.

***Benefits on this page are not part of the FEHB contract.***

## Section 6. General exclusions -- Things we don't cover

The exclusions in this section apply to all benefits. Although we may list a specific service as a benefit, we will not cover it unless your Plan doctor determines it is medically necessary to prevent, diagnose, or treat your illness or condition.

We do not cover the following:

- Services, drugs or supplies that are not medically necessary;
- Services not required according to accepted standards of medical, dental, or psychiatric practice;
- Care by non-Plan providers except for authorized referrals or emergencies (see Emergency Benefits);
- Experimental or investigational procedures, treatments, drugs or devices;
- Procedures, services, drugs and supplies related to abortions except when the life of the mother would be endangered if the fetus were carried to term or when the pregnancy is the result of an act of rape or incest;
- Procedures, services, drugs and supplies related to sex transformations;
- Services or supplies you receive from a provider or facility barred from the FEHB Program; and
- Expenses you incurred while you were not enrolled in this Plan.

## Section 7. Limitations – Rules that affect your benefits

**Medicare**

Tell us if you or a family member is enrolled in Medicare Part A or B. Medicare will determine who is responsible for paying for medical services and we will coordinate the payments. On occasion, you may need to file a Medicare claim form.

If you are eligible for Medicare, you may enroll in a Medicare+Choice plan and also remain enrolled with us.

If you are an annuitant or former spouse, you can suspend your FEHB coverage and enroll in a Medicare+Choice plan when one is available in your area. For information on suspending your FEHB enrollment and changing to a Medicare+Choice plan, contact your retirement office. If you later want to re-enroll in the FEHB Program, generally you may do so only at the next Open Season.

If you involuntarily lose coverage, or move out of the Medicare+Choice service area, you may re-enroll in the FEHB Program at any time.

If you do not have Medicare Part A or B, you can still be covered under the FEHB Program and your benefits will not be reduced. We cannot require you to enroll in Medicare.

For information on Medicare+Choice plans, contact your local Social Security Administration (SSA) office or request it from SSA at 1-800/638-6833. For information on the Medicare+Choice plan offered by this Plan, see page 19.

**Other group insurance coverage**

When anyone has coverage with us and with another group health plan, it is called double coverage. You must tell us if you or a family member has double coverage. You must also send us documents about other insurance if we ask for them.

When you have double coverage, one plan is the primary payer; it pays benefits first. The other plan is secondary; it pays benefits next. We decide which insurance is primary according to the National Association of Insurance Commissioners' Guidelines.

If we pay second, we will determine what the reasonable charge for the benefit should be. After the first plan pays, we will pay either what is left of the reasonable charge or our regular benefit, whichever is less. We will not pay more than the reasonable charge. If we are the secondary payer, we may be entitled to receive payment from your primary plan.

## Section 7. Limitations – Rules that affect your benefits *continued*

**Other group insurance coverage** *continued*

We will always provide you with the benefits described in this brochure. Remember: even if you do not file a claim with your other plan, you must still tell us that you have double coverage.

**Circumstances beyond our control**

Under certain extraordinary circumstances, we may have to delay your services or be unable to provide them. In that case, we will make all reasonable efforts to provide you with necessary care.

**When others are responsible for injuries**

When you receive money to compensate you for medical or hospital care for injuries or illness that another person caused, you must reimburse us for whatever services we paid for. We will cover the cost of treatment that exceeds the amount you received in the settlement. If you do not seek damages, you must agree to let us try. This is called subrogation. If you need more information, contact us for our subrogation procedures.

**TRICARE**

TRICARE is the health care program for members, eligible dependents, and retirees of the military. TRICARE includes the CHAMPUS program. If both TRICARE and this Plan cover you, we are the primary payer. See your TRICARE Health Benefits Advisor if you have questions about TRICARE coverage.

**Workers' compensation**

We do not cover services that:

- You need because of a workplace-related disease or injury that the Office of Workers' Compensation Programs (OWCP) or a similar Federal or State agency determine they must provide;
- OWCP or a similar agency pays for through a third party injury settlement or other similar proceeding that is based on a claim you filed under OWCP or similar laws.

Once the OWCP or similar agency has paid its maximum benefits for your treatment, we will provide your benefits.

**Medicaid**

We pay first if both Medicaid and this Plan cover you.

**Other Government Agencies**

We do not cover services and supplies that a local, State, or Federal Government agency directly or indirectly pays for.

## Section 8. FEHB FACTS

**You have a right to information about your HMO.**

OPM requires that all FEHB plans comply with the Patients' Bill of Rights, which gives you the right to information about your health plan, its networks, providers and facilities. You can also find out about care management, which includes medical practice guidelines, disease management programs and how we determine if procedures are experimental or investigational. OPM's website (www.opm.gov) lists the specific types of information that we must make available to you.

If you want specific information about us, call 1-800-466-8397 or write to Texas Health Choice, L.C., P.O. Box 15645, Las Vegas, Nevada 89114-5645. You may also contact us by fax at (702) 242-9350, or visit our website at www.sierrahealth.com.



208

## Section 8. FEHB FACTS *continued*

**Where do I get information about enrolling in the FEHB Program?**

Your employing or retirement office can answer your questions, and give you a *Guide to Federal Employees Health Benefits Plans*, brochures for other plans and other materials you need to make an informed decision about:

- When you may change your enrollment;
- How you can cover your family members;
- What happens when you transfer to another Federal agency, go on leave without pay, enter military service, or retire;
- When your enrollment ends; and
- The next Open Season for enrollment.

We don't determine who is eligible for coverage and, in most cases, cannot change your enrollment status without information from your employing or retirement office.

**When are my benefits and premiums effective?**

The benefits in this brochure are effective on January 1. If you are new to this plan, your coverage and premiums begin on the first day of your first pay period that starts on or after January 1. Annuitants' premiums begin January 1.

**What happens when I retire?**

When you retire, you can usually stay in the FEHB Program. Generally, you must have been enrolled in the FEHB Program for the last five years of your Federal service. If you do not meet this requirement, you may be eligible for other forms of coverage, such as Temporary Continuation of Coverage, which is described later in this section.

**What types of coverage are available for me and my family?**

*Self-Only* coverage is for you alone. *Self and Family* coverage is for you, your spouse, and your unmarried dependent children under age 22, including any foster or step children your employing or retirement office authorizes coverage for. Under certain circumstances, you may also get coverage for a disabled child 22 years of age or older who is incapable of self-support.

If you have a Self Only enrollment, you may change to a Self and Family enrollment if you marry, give birth or add a child to your family. You may change your enrollment 31 days before to 60 days after you give birth or add the child to your family. The benefits and premiums for your Self and Family enrollment begin on the first day of the pay period in which the child is born or becomes an eligible family member.

Your employing or retirement office will not notify you when a family member is no longer eligible to receive health benefits, nor will we. Please tell us immediately when you add or remove family members from your coverage for any reason, including divorce.

If you or one of your family members is enrolled in one FEHB plan, that person may not be enrolled in another FEHB plan.

**Are my medical and claims records confidential?**

We will keep your medical and claims information confidential. Only the following will have access to it:

- OPM, this Plan, and subcontractors when they administer this contract,
- Law enforcement officials when investigating and/or prosecuting alleged civil or criminal actions,
- OPM and the General Accounting Office when conducting audits,
- Individuals involved in bona fide medical research or education that does not disclose your identity; or
- OPM, when reviewing a disputed claim or defending litigation about a claim.

## Information for new members

**Identification cards**

We will send you an Identification (ID) card. Use your copy of the Health Benefits Election Form, SF-2809, or the OPM annuitant confirmation letter until you receive your ID card. You can also use an Employee Express confirmation letter.

**What if I paid a deductible under my old plan?**

Your old plan's deductible continues until our coverage begins.

**Pre-existing conditions**

We will not refuse to cover the treatment of a condition that you or a family member had before you enrolled in this Plan solely because you had the condition before you enrolled.

## When you lose benefits

**What happens if my enrollment in this Plan ends?**

You will receive an additional 31 days of coverage, for no additional premium, when:

- Your enrollment ends, unless you cancel your enrollment, or
- You are a family member no longer eligible for coverage.

You may be eligible for former spouse coverage or Temporary Continuation of Coverage.

**What is former spouse coverage?**

If you are divorced from a Federal employee or annuitant, you may not continue to get benefits under your spouse's enrollment. But, you may be eligible for your own FEHB coverage under the spouse equity law. If you are recently divorced or are anticipating a divorce, contact your ex-spouse's employing or retirement office to get more information about your coverage choices.

**What is TCC?**

Temporary Continuation of Coverage (TCC). If you leave Federal service or if you lose coverage because you no longer qualify as a family member, you may be eligible for TCC. For example, you can receive TCC if you are not able to continue your FEHB enrollment after you retire. You may not elect TCC if you are fired from your Federal job due to gross misconduct.

Get the RI 79-27, which describes TCC, and the RI 70-5, the *Guide to Federal Employees Health Benefits Plans for Temporary Continuation of Coverage and Former Spouse Enrollees* from your employing or retirement office.

Key points about TCC:

- You can pick a new plan;
- If you leave Federal service, you can receive TCC for up to 18 months after you separate;
- If you no longer qualify as a family member, you can receive TCC for up to 36 months;
- Your TCC enrollment starts after regular coverage ends.
- If you or your employing office delay processing your request, you still have to pay premiums from the 32nd day after your regular coverage ends, even if several months have passed.
- **You pay** the total premium, and generally a 2-percent administrative charge. The government does not share your costs.
- You receive another 31-day extension of coverage when your TCC enrollment ends, unless you cancel your TCC or stop paying the premium.
- You are not eligible for TCC if you can receive regular FEHB Program benefits.

## When you lose benefits *continued*

**How do I enroll in TCC?**

If you are leave Federal service your employing office will notify you of your right to enroll under TCC. You must enroll within 60 days of leaving, or receiving this notice, whichever is later.

Children: You must notify your employing or retirement office within 60 days after your child is no longer an eligible family member. That office will send you information about enrolling in TCC. You must enroll your child within 60 days after they become eligible for TCC, or receive this notice, whichever is later.

Former spouses: You or your former spouse must notify your employing or retirement office within 60 days of one of these qualifying events:

- Divorce
- Loss of spouse equity coverage within 36 months after the divorce.

Your employing or retirement office will then send your former spouse information about enrolling in TCC. Your former spouse must enroll within 60 days after the event, which qualifies them for coverage, or receiving the information, whichever is later.

Note: Your child or former spouse loses TCC eligibility unless you or your former spouse notify your employing or retirement office within the 60-day deadline.

**How can I convert to individual coverage?**

You may convert to an individual policy if:

- Your coverage under TCC or the spouse equity law ends. If you canceled your coverage or did not pay your premium, you cannot convert.
- You decided not to receive coverage under TCC or the spouse equity law; or
- You are not eligible for coverage under TCC or the spouse equity law.

If you leave Federal service, your employing office will notify you if individual coverage is available. You must apply in writing to us within 31 days after you receive this notice. However, if you are a family member who is losing coverage, the employing or retirement office will not notify you. You must apply in writing to us within 31 days after you are no longer eligible for coverage.

Your benefits and rates will differ from those under the FEHB Program; however, you will not have to answer questions about your health, and we will not impose a waiting period or limit your coverage due to pre-existing conditions.

**How can I get a Certificate of Group Health Plan Coverage?**

If you leave the FEHB Program, we will give you a Certificate of Group Health Plan Coverage that indicates how long you have been enrolled with us. You can use this certificate when getting health insurance or other health care coverage. You must arrange for the other coverage within 63 days of leaving this Plan. Your new plan must reduce or eliminate waiting periods, limitations or exclusions for health related conditions based on the information in the certificate.

If you have been enrolled with us for less than 12 months, but were previously enrolled in other FEHB plans, you may request a certificate from them, as well.

# Department of Defense/FEHB Demonstration Project

**What is the Department of Defense (DoD) and FEHB Program Demonstration Project?**

The National Defense Authorization Act for 1999, Public Law 105-261, established the DoD/FHEHP Demonstration Project. It allows some active and retired uniformed service members and their dependents to enroll in the FEHB Program. The demonstration will last for three years beginning with the 1999 Open Season for the year 2000. Open Season enrollments will be effective January 1, 2000. DoD and OPM have set-up some special procedures to successfully implement the Demonstration Project, noted below. Otherwise, the provisions described in this brochure apply.

**Who is Eligible?**

DoD determines who is eligible to enroll in FEHB. Generally, you may enroll if:

- You are an active or retired uniformed service member and are eligible for Medicare,
- You are a dependent of an active or retired uniformed service member and are eligible for Medicare
- You are a qualified former spouse of an active or retired uniformed service member, and
- You live in one of the eight geographic demonstration areas.

If you are eligible to enroll in a plan under the regular Federal Employees Health Benefits Program, you are not eligible to enroll under the DoD/FEHBP Demonstration Project.

**Where Are The Demonstration Areas?**

- Dover AFB, DE
- Commonwealth of Puerto Rico
- Fort Knox, KY
- Greensboro/Winston Salem/High Point, NC
- Dallas, TX
- Humboldt County, CA area
- Naval Hospital, Camp Pendleton, CA
- New Orleans, LA

**When Can I Join?**

Your first opportunity to enroll will be during the 1999 Open Season, November 8, 1999, through December 13, 1999. Your coverage will begin January 1, 2000. DoD has set-up Information Processing Center (IPC) in Iowa to provide you with information about how to enroll. IPC staff will verify your eligibility and provide you with FEHB Program information, plan brochures, enrollment instructions and forms. The toll-free phone number for the IPC is 1-877-DOB-FEHB (1-877-363-3342).

You may select coverage for yourself (self-only) or for you and your family (self and family) during 1999, 2000, and 2001 Open Seasons. Your coverage will begin January 1 of the year following the open Season that you enrolled.

If you become eligible for the DoD/FEHBP Demonstration Project outside the Open Season, contact the IPC to find out how to enroll and when your coverage will begin.

DoD has a web site devoted to the Demonstration Project. You can view information such as their Marketing/Beneficiary Education Plan, Frequently Asked Questions, demonstration area locations and zip code lists at www.tricare.osd.mil/fehbp. You can also view information about the demonstration project, including "The 2000 Guide to Federal Employees Health Benefits Plans Participating in the DoD/FEHBP Demonstration Project," on the OPM web site at www.opm.gov.

**Am I eligible for Temporary Continuation of Coverage (TCC)?**

See Section 10, FEHB Fact, for information about TCC. Under this Demonstration Project the only eligible individual for TCC is one who ceases to be eligible as a "member of family" under your self and family enrollment. This occurs when a child turns 22, for example, or if you divorce and your spouse does not qualify as an unremarried former spouse under title 10, United States Code. For these individuals, TCC begins the day after their enrollment to the DoD/FEHBP Demonstration Project ends. TCC enrollment terminates after 36 months or the end of the Demonstration Project, whichever occurs first. You, your child or another person must notify the IPC when a family member loses eligibility for coverage under the DoD/FEHBP Demonstration Project.