## Department of Defense/FEHB Demonstration Project *continued*

**Am I eligible for Temporary Continuation of Coverage (TCC)?** *continued*

TCC is not available if you move out of a DoD/FEHBP Demonstration Project area, you cancel your coverage, or your coverage is terminated for any reason. TCC is not available when the demonstration project ends.

**Do I have the 31-Day Extension and Right To Convert?**

These provisions do not apply to the DoD/FEHBP Demonstration Project.

## Inspector General Advisory: Stop Health Care Fraud!

Fraud increases the cost of health care for everyone. If you suspect that a physician, pharmacy, or hospital has charged you for services you did not receive, billed you twice for the same service, or misrepresented any information, do the following:

- Call the provider and ask for an explanation. There may be an error.
- If the provider does not resolve the matter, call us at 1-800-466-8397 and explain the situation.
- If we do not resolve the issue, call or write:

**THE HEALTH CARE FRAUD HOTLINE**
**202/418-3300**

U.S. Office of Personnel Management
Office of the Inspector General Fraud Hotline
1900 E Street, NW, Room 6400
Washington, D.C. 20415

Penalties for Fraud

Anyone who falsifies a claim to obtain FEHB Program benefits can be prosecuted for fraud. Also, the Inspector General may investigate anyone who uses an ID card if they:

- Try to obtain services for a person who is not an eligible family member; or
- Are no longer enrolled in the Plan and try to obtain benefits.

Your agency may also take administrative action against you.

## Summary of Benefits for Texas Health Choice, L.C. – 2000

Do not rely on this chart alone. All benefits are provided in full unless otherwise indicated subject to the limitations and exclusions set forth in the brochure. This chart merely summarizes certain important expenses covered by the Plan. If you wish to enroll or change your enrollment in this Plan, be sure to indicate the correct enrollment code on your enrollment form (codes appear on the cover of this brochure). **ALL SERVICES COVERED UNDER THIS PLAN, WITH THE EXCEPTION OF EMERGENCY CARE, ARE COVERED ONLY WHEN PROVIDED OR ARRANGED BY PLAN DOCTORS.**

| | Benefits | Plan pays/provides | Page |
|---|---|---|---|
| **Inpatient Care** | **Hospital** | Comprehensive range of medical and surgical services without dollar or day limit. Includes in-hospital doctor care, room and board, general nursing care, private room and private nursing care if medically necessary, diagnostic tests, drugs and medical supplies, use of operating room, intensive care and complete maternity care. **You pay** nothing. | 13 |
| | **Extended Care** | All necessary services, up to 100 days each calendar year. **You pay** nothing | 13 |
| | **Mental Conditions** | Diagnosis and treatment of acute psychiatric conditions for up to 30 days of inpatient care per calendar year. **You pay** nothing | 16 |
| | **Serious Mental Illness** | Treatment for serious mental illness is provided for up to 45 days per calendar year. **You pay** nothing | 17 |
| | **Substance Abuse** | Treatment for substance abuse in a chemical dependency treatment center. Treatment for medical aspects and detoxification provided under hospital benefits. **You pay** nothing for 30 inpatient days per calendar year | 17 |
| **Outpatient Care** | | Comprehensive range of services such as diagnosis and treatment of illness or injury, including specialist's care; preventive care, including well-baby care, periodic check-ups and routine immunizations; laboratory tests and x-rays; complete maternity care. **You pay** $10 per office visit. **You pay** nothing for laboratory and x-rays, childhood immunizations, prenatal and postnatal office visits and nothing per house call by doctor. | |
| | **Home Health Care** | All necessary visits by nurses and health aids. **You pay** nothing | 12 |
| | **Mental Conditions** | Up to 40 visits per calendar year. **You pay** $10 per visit | 16 |
| | **Serious Mental Illness** | Treatment for serious mental illness is provided for up to 60 outpatient visits per calendar year. **You pay** $10 | 16 |
| | **Substance Abuse** | Treatment for substance abuse in a chemical dependency treatment center. Treatment for medical aspects and detoxification provided under hospital benefits. No dollar or day limit. **You pay** $10 for each covered visit | 17 |
| **Emergency Care** | | Reasonable charges for services and supplies required because of a medical emergency. **You pay** $100 for an emergency room visit (waived if admitted to a hospital) for each emergency visit to a non-Plan provider, and copays (other than office visit copays) which would have been paid to the Plan and any charges for services that are not covered benefits of this Plan | 14-15 |

## Summary of Benefits for Texas Health Choice, L.C. – 2000 *continued*

| | |
|---|---|
| **Prescription Drugs** | Drugs prescribed by a Plan doctor or participating dentist and obtained at a Plan pharmacy or through mail order services. **You pay** copays for formulary drugs and a coinsurance for non-formulary drugs . . . . . . . . 17-18 |
| **Dental Care** | Preventive and diagnostic services. **You pay** copays for these services . . . . . . . . 18 |
| **Vision Care** | One refraction annually, including eyeglass lens prescription. **You pay** $10 per visit . . . . 18 |
| **Out-of-Pocket Limit** | Copayments are required for a few benefits; however, after your out-of-pocket expenses reach a maximum of $600 per Self Only or $1,200 per Self and Family enrollment per calendar year, covered benefits will be provided at 100%. This copay maximum does not include prescription drugs, inpatient mental conditions benefits, dental services, durable medical equipment benefit's, or orthopedic and prosthetic device benefits. . . . . . . . . 3 |

# 2000 Rate Information for TEXAS HEALTH CHOICE

**Non-Postal rates** apply to most non-Postal enrollees. If you are in a special enrollment category, refer to the FEHB Guide for that category or contact the agency that maintains your health benefits enrollment.

**Postal rates** apply to most career U.S. Postal Service employees. In 2000, two categories of contribution rates, referred to as Category A rates and Category B rates, will apply for certain career employees. If you are a career postal employee but not a member of a special postal employment class, refer to the category definitions in "The Guide to Federal Employees Health Benefits Plans for United States Postal Service Employees" RI 70-2, to determine which rate applies to you.

Postal rates do not apply to non-career postal employees, postal retirees, certain special postal employment classes or associate members of any postal employee organization. Such persons not subject to postal rates must refer to the applicable "Guide to Federal Employees Health Benefits Plans."

| | | Non-Postal Premium | | | | Postal Premium A | | Postal Premium B | |
|---|---|---|---|---|---|---|---|---|---|
| | | Biweekly | | Monthly | | Biweekly | | Biweekly | |
| Type of Enrollment | Code | Gov't Share | Your Share | Gov't Share | Your Share | USPS Share | Your Share | USPS Share | Your Share |
| **Houston/Beaumont areas** | | | | | | | | | |
| Self Only | 2T1 | $51.44 | $17.14 | $111.44 | $37.15 | $60.86 | $7.72 | $60.86 | $7.72 |
| Self and Family | 2T2 | $131.66 | $43.89 | $285.27 | $95.09 | $155.80 | $19.75 | $155.80 | $19.75 |
| **Dallas/Ft. Worth areas,** | | | | | | | | | |
| Self Only | UK1 | $60.90 | $20.30 | $131.95 | $43.98 | $72.07 | $9.13 | $72.07 | $9.13 |
| Self and Family | UK2 | $155.88 | $51.96 | $337.74 | $112.58 | $184.46 | $23.38 | $184.46 | $23.38 |

# APPENDIX B

## SUBSCRIPTION RATES, CHARGES, ALLOWANCES AND LIMITATIONS

Community- Rated
Health Maintenance Organization Carrier

**CONTRACT NAME: TEXAS HEALTH CHOICE, L.C.**

CONTRACT NO. CS 1894
Effective January 1, 2000

Biweekly net-to-carrier rates, with appropriate adjustments for Enrollees paid on other than a biweekly basis, are as follows:

**Code 2T**

| **Regular Rates** | | **DoD Demonstration Project Rates** | |
|---|---|---|---|
| Self Only | $ 65.94 | Self Only | $ |
| Self and Family | $ 168.80 | Self and Family | $ |

# APPENDIX B

## SUBSCRIPTION RATES, CHARGES, ALLOWANCES AND LIMITATIONS

Community- Rated
Health Maintenance Organization Carrier

**CONTRACT NAME: TEXAS HEALTH CHOICE, L.C.**

CONTRACT NO. CS 1894
Effective January 1, 2000

Biweekly net-to-carrier rates, with appropriate adjustments for Enrollees paid on other than a biweekly basis, are as follows:

**Code UK**

| Regular Rates | | DoD Demonstration Project Rates | |
|---|---|---|---|
| Self Only | $ 78.08 | Self Only | $ 121.18 |
| Self and Family | $ 199.85 | Self and Family | $ 242.37 |

# APPENDIX C

## CONTRACT ADMINISTRATION DATA

1. Routine Contract Administration. Except as specified below, each party should have one representative for administering the contract. The representatives are:

CARRIER
Christine Simpson
Texas Health Choice
9330 Amberton Parkway
Dallas, Tx 75243

OPM
Chief, Insurance Contracts Division
P.O. Box 707
Washington, DC 20044

2. Notice. Where this contract requires that one party notify the other party in writing such notice shall be sent to:

CARRIER
Christine Simpson
Texas Health Choice
9330 Amberton Parkway
Dallas, Tx 75243

OPM
Office of Insurance Programs
P.O. Box 707
Washington, DC 20044

3. Paying. The OPM paying office and Carrier office(s) designated to receive funds are specified below. Where the Carrier designates more than one receiving office, i.e., split between the Carrier and an Underwriter, both receiving offices with the percentage split between them shall be shown:

CARRIER
Margaret Bronson
Texas Health Choice
9330 Amberton Parkway
Dallas, Tx 75243

OPM
Fiscal Management Division
P.O. Box 547
Washington, DC 20044

4. Reporting. When required, the Carrier shall furnish the following reports to the address specified.

ITEM:
Annual Fin. Statement (Q-trly)
Annual Quality Assurance stds
Enrollment Report

SEND TO:
Fiscal Management Division
P.O. Box 547
Washington, DC 20044

5. Disputed Claims. The following offices are designated for the receipt and processing of disputed claims.

CARRIER
Laura Higgenbotham
Customer Response + Resolution
Texas Health Choice
9330 Amberton Parkway
Dallas, Tx 75243

OPM
Insurance Contracts Division
P.O. Box 436
Washington, DC 20044

As required by Section 1.7, if any information on this sheet changes, you must notify your Contract Representative immediately.

(CR-2000)

# APPENDIX A

# 2001

# Brochure Text

(CR 2001)

Texas Health Choice

# Texas Health Choice

www.texashealthchoice.com

**2001**

## A Health Maintenance Organization




**Serving:** Dallas and Fort Worth Areas

**Enrollment in this Plan is limited; see page 5 for requirements.**

**Enrollment codes for this Plan:**

**UK1 Self Only**
**UK2 Self and Family**

Authorized for distribution by the:

OPM
United States
Office of Personnel Management
Retirement and Insurance Service
http://www.opm.gov/insure

FEHB
Federal Employees Health Benefits Program

RI 73-063

# APPENDIX B

SUBSCRIPTION RATES, CHARGES, ALLOWANCES AND LIMITATIONS

Community-Rated
Health Maintenance Organization Carrier

Texas Health Choice, Inc.
CONTRACT NO. CS 1894
Effective January 1, 2001

Biweekly net-to-carrier rates, with appropriate adjustments for Enrollees paid on other than a biweekly basis, are as follows:

| Regular Rates | | DoD Demonstration Project Rates | |
|---|---|---|---|
| Self Only | $91.25 | Self Only | $125.05 |
| Self and Family | $233.58 | Self and Family | $250.09 |

(CR-2001)

(CR-2001)

# CONTRACT FOR FEDERAL EMPLOYEES HEALTH BENEFITS

CONTRACT NO: CS 1894
EFFECTIVE: 01-01-80

AMENDMENT NO: 2001
EFFECTIVE: 01-01-2001

***BETWEEN:*** THE UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
***hereinafter called the OPM, the Agency, or the Government***

***AND***

***CONTRACTOR:*** TEXAS HEALTH CHOICE
***hereinafter also called the Carrier***

**Address:** 2724 NORTH TENAYA WAY
LAS VEGAS, NV 89128

**In consideration of payment by the Agency of subscription charges set forth in Appendix B, the Carrier agrees to perform all of the services set forth in this contract, including Appendix A.**

**FOR THE CARRIER**

[signature]
Name of Person Authorized to Execute Contract *(Type or print)*

President
*Title*

David Marlon
*Signature*

December 19, 2000
*Date Signed*

**FOR THE GOVERNMENT**

William T. Stuart
Name of Contracting Officer *(Type or print)*

Contracting Officer, Contracts Division III
*Title*

[signature]
*Signature*

12/29/00
*Date Signed*

**Year 2001 Amendments to the Standard Contract for Community Rated Carriers**

1. Redate Section 1.7, STATISTICS AND SPECIAL STUDIES, as JAN 2001 and revise paragraph (c) to delete the reference to Appendix C, as follows:

SECTION 1.7
STATISTICS AND SPECIAL STUDIES (JAN 2001)

(c) The Carrier shall furnish the routine reports in the required number of copies as instructed by OPM.

2. Redate Section 1.8, NOTICE, as JAN 2001 and revise the clause to delete the reference to Appendix C, as follows:

SECTION 1.8
NOTICE (JAN 2001)

Where the contract requires the Carrier/contractor to notify the government, the Carrier shall send written notice to its Contracting Officer, unless otherwise specified.

3. Redate Section 1.9, FEHB QUALITY ASSURANCE, as JAN 2001 and reorganize and update the clause to reflect OPM's increased focus on health care quality and reducing medical errors, as follows:

SECTION 1.9
FEHB QUALITY ASSURANCE (JAN 2001)

(a) *Health Care Quality.* (1) Effectiveness of Care Measures. The Carrier shall measure and/or collect data on the quality of the health care services it renders to its members as requested by OPM. Measurement/data collection efforts may include performance measurement systems such as Health Plan Employer Data and Information Set (HEDIS) or ORYX™, or similar measures developed by accreditation agencies such as the National Committee for Quality Assurance (NCQA), the Joint Commission on Accreditation of Healthcare Organizations (JCAHO), or the American Accreditation Healthcare Commission/URAC. Costs incurred by the Carrier for collecting or contracting with a vendor to collect quality measures/data shall be the Carrier's responsibility.

(2) Reducing Medical Errors. The Carrier shall implement a patient safety improvement program. At a minimum, the Carrier shall --

(i) Report to OPM on its current patient safety initiatives;

(ii) Report to OPM on how it will strengthen its patient safety program for the future;

(iii) Assist OPM in providing its members with consumer information and education regarding patient safety; and

(iv) Work with its providers, independent accreditation agencies, and others to implement patient safety improvement programs.

(3) Physician Credentialing. The Carrier is encouraged to use an independent accrediting organization to validate its physician credentialing. If the Carrier's physicians meet the credentialing requirements of the credentialing organization, it has met and exceeds the minimum requirements listed below. Otherwise, the Carrier must demonstrate that it requires the following credential checks of all of its physicians, both during the initial hiring process and during periodic re-credentialing. As an alternative, the Carrier may demonstrate that the following credential checks are

performed by a secondary source, such as a hospital.

- Verification of medical school graduation records.
- Routine check with local and/or state medical societies and/or boards.
- Routine check of the Department of Health and Human Services (DHHS) list of debarred providers.
- Routine check of the National Practitioner Data Bank.

(4) In order to allow sufficient implementation time, the Contracting Officer will notify the Carrier reasonably in advance of any new requirement(s) under paragraphs (a)(1) and (a)(2).

(b) *Access and Measures of Service.*

(1) In addition to any other means of surveying Plan members that the Carrier may develop, the Carrier shall participate in the HEDIS Consumer Assessments of Health Plans Surveys (CAHPS) to provide feedback to enrollees on enrollee experience with the various FEHBP plans. The Carrier shall take into account the published results of the survey, or other results as directed by OPM, in identifying areas for improvement as part of the Carrier's quality assurance program. Payment of survey charges will be in accordance with Section 3.7.

(2) The Carrier shall develop and apply a quality assurance program specifying procedures for assuring contract quality. At a minimum the program shall include procedures to address:

(i) Accuracy of Payments:

(A) Processing Accuracy - the number of FEHB claims processed accurately divided by the total number of FEHB claims processed for the given time period, expressed as a percentage.

REQUIRED STANDARD: An average of 95 percent of FEHB claims must be processed accurately.

(B) COB Processing - the Carrier must demonstrate that a statistically valid sampling technique is routinely used to identify FEHB claims prior to or after processing that require(d) coordination of benefits (COB) with a third party payer. As an alternative, the Carrier may provide evidence that it pursues all claims for COB.

(ii) Timeliness of Payments to Members or Providers:

(A) Average Processing Time (All FEHB Claims) - the average number of working days from the date the Carrier receives an FEHB claim to the date it adjudicates it (paid, denied or a request for further information is sent out), for the given time period, expressed as a cumulative percentage.

REQUIRED STANDARD:

- The Carrier adjudicates an average of 60 percent of FEHB claims received over the given time period within 20 working days (28 calendar days).
- The Carrier adjudicates an average of 80 percent of FEHB claims received over the given time period within 30 working days (42 calendar days).
- The Carrier adjudicates an average of 95 percent of FEHB claims received over the given time period within 60 working days (84 calendar days).

(iii) Quality of Service and Responsiveness to Members:

(A) Processing ID cards on change of plan or option - the number of calendar days from the date the Carrier receives the enrollment from the enrollee's agency or retirement system to the date it issues the ID card.

REQUIRED STANDARD:

The Carrier issues the ID card within fifteen calendar days after receiving the enrollment from the enrollee's agency or retirement system.

(B) Member Inquiries - the number of working days taken to respond to an FEHB member's written inquiry, expressed as a cumulative percentage, for the given time period.

REQUIRED STANDARD:

- The Carrier responds to an average of 60 percent of FEHB member written inquiries within 10 working days (14 calendar days).
- The Carrier responds to an average of 90 percent of FEHB member written inquiries within 30 working days (42 calendar days).

(C) Telephone Access - the Carrier shall report on the following statistics concerning telephone access to the member services department (or its equivalent) for the given time period. *Except that*, if the Carrier does not have a computerized phone system, report results of periodic surveys on telephone access.

*(a)* Telephone Waiting Time - the average number of seconds elapsing before the Carrier connects a member's telephone call to its service representative.

REQUIRED STANDARD: On average, no more than 1.5 minutes elapse before the Carrier connects a member's telephone call to its service representative.

*(b)* Telephone Blockage Rate - the percentage of time that callers receive a busy signal when calling the Carrier.

REQUIRED STANDARD: On average, callers receive a busy signal no more than 10 percent of the time.

*(c)* Telephone Abandonment Rate - the number of calls attempted but not completed (presumably because callers tired of waiting to be connected to a Carrier representative) divided by the total number of calls attempted (both completed and not completed), expressed as a percentage.

REQUIRED STANDARD: On average, the Carrier abandons no more than 8 percent of calls.

(iv) Responsiveness to FEHB Member Requests for Reconsideration:

REQUIRED STANDARD: For 100 percent of written FEHB disputed claim requests received for the given time period, within 30 days after receipt by the Carrier, the Carrier shall affirm the denial in writing to the FEHB member, pay the claim, provide the service, or request additional information reasonably necessary to make a determination.

(v) Quality Assurance Plan: The Carrier must demonstrate that a statistically valid sampling technique is routinely used prior to or after processing to randomly sample FEHB claims against Carrier quality assurance/fraud and abuse prevention standards.

(c) *Appointments*.

All Health Maintenance Organization carriers must meet the following standards for the given time period. *Except that*, if this information is not routinely collected, report results from periodic surveys.

REQUIRED STANDARD:

(1) Urgent appointments are available, on average, within 24 hours of an authorized request for one.

(2) Routine appointments are available, on average, within 1 month of an authorized request for one.

(3) Average office waiting times - on average, members who arrive on time for a scheduled appointment wait no more than 30 minutes before they are seen by the provider of the medical service.

*(NOTE: For the purpose of this standard (c), a simplified classification system is used in which all appointments are classified as either emergency, urgent or routine. Emergency appointments must be seen immediately to prevent health deterioration. Urgent appointments are those for the sudden, acute onset of symptoms that must be seen within 1 (one) day to prevent health deterioration. All other appointments are considered routine.)*

(d) Detection of Fraud and Abuse.

The Carrier shall conduct a program to assess its vulnerability to fraud and abuse and shall operate a system designed to detect and eliminate fraud

and abuse internally by Carrier employees and subcontractors, by providers providing goods or services to FEHB Members, and by individual FEHB Members.

(e) Reporting Compliance. The Carrier shall keep complete records of its quality assurance procedures and fraud program and the results of their implementation and furnish such reasonable reports as the Government determines necessary to carry out its functions. If the Carrier cannot separate FEHB claims from all other claims, the Carrier may report compliance based on all claims and indicate this on the report.

(f) Correction of Deficiencies. The Contracting Officer may order the correction of a deficiency in the Carrier's quality assurance program or fraud program. The Carrier shall take the necessary action promptly to implement the Contracting Officer's order.

4. Redate Section 1.24, TRANSITIONAL CARE, as JAN 2001 and add a new paragraph (c) addressing transitional care for members receiving mental health and substance abuse services, as follows:

SECTION 1.24
TRANSITIONAL CARE (JAN 2001)

(a) "Transitional care" is specialized care provided for up to 90 days or through the postpartum period to an enrollee who is undergoing treatment for a chronic or disabling condition or who is in the second or third trimester of pregnancy when his or her carrier terminates (1) all or part of its FEHBP contract, or (2) the enrollee's specialty provider contract for reasons other than cause. The 90-day period begins the earlier of the date the enrollee receives the notice required under Section 1.23, Notice to Enrollees on Termination of FEHBP or Provider Contract, or the date the carrier's or the provider's contract ends.

(b) Beginning January 1, 2000, the Carrier shall ensure the following:

(1) *If it terminates a part of its FEHB contract or a specialty provider contract* other than for cause, it allows enrollees who are undergoing treatment for a chronic or disabling condition or who are in the second or third trimester of pregnancy to continue treatment under the specialty provider for up to 90 days, or through their postpartum period, under the same terms and conditions that existed at the beginning of the transitional care period; and

(2) *If it enrolls a new member who involuntarily changed carriers because the enrollee's former carrier was no longer available in the FEHB Program*, it provides transitional care for the enrollee if he or she is undergoing treatment for a chronic or disabling condition or is in the second or third trimester of pregnancy for up to 90 days, or through the postpartum period, under the same terms and conditions the enrollee had under the prior carrier.

(c) If the Carrier terminates a mental health and substance abuse specialty provider other than for cause, or changes the plan's benefit structure for 2001 so that the member's out of pocket costs for mental health and substance abuse services only are greater than they were in year 2000, it must allow continued coverage with the specialty provider for up to ninety days under the same terms and conditions that existed at the beginning of the transitional care period. This transitional period will begin with the Carrier's notice to the member of the change in coverage and ends 90 days after the notice.

(c) In addition, the Carrier shall (1) pay for or provide the transitional care required under this clause at no additional cost to enrollees;

(2) require the specialty provider to promptly transfer all medical records to the designated new provider during or

upon completion of the transition period, as authorized by the patient; and,

(3) require the specialty provider to give all necessary information to the Carrier for quality assurance purposes.

5. Redate Section 2.6, COORDINATION OF BENEFITS, as JAN 2001 and update the reference to the NAIC Coordination of Benefits model regulation in paragraphs (c) and (f), as follows:

SECTION 2.6
COORDINATION OF BENEFITS
(FEHBAR 1652.204-71) (JAN 2001)

(c) In coordinating benefits between plans, the Carrier shall follow the order of precedence established by the NAIC *Group Coordination of Benefits Model Regulation, Rules for Coordination of Benefits,* as specified by OPM.

(f) Changes in the order of precedence established by the NAIC *Group Coordination of Benefits Model Regulation, Rules for Coordination of Benefits,* implemented after January 1 of any given year shall be required no earlier than the beginning of the following contract term.

6 Redate Section 2.11, CLAIMS PROCESSING, as JAN 2001, replace the term "physicians" with "providers" and update the clause as follows:

SECTION 2.11
CLAIMS PROCESSING (JAN 2001)

A standardized claims filing process shall be used by all FEHB carriers. The Carrier shall apply procedures for using the standard claims process. At a minimum the Carrier's program must achieve the following objectives:

(1) The majority of provider claims should be submitted electronically;

(2) All providers shall be notified that future claims must be submitted electronically, or on the Health Care Financing Administration 1500 form or the UB-92 form;

(3) The Carrier shall not use any unique provider claim form(s) for FEHB member claims:

(4) The Carrier should reject all claims submitted on forms other than the HCFA 1500 form or the UB-92 form and shall explain the reason on the Explanation of Benefits form; and

(5) The Carrier shall advise OPM of its progress in implementing this policy as directed by the Contracting Officer.

7. Redate Section 3.1, PAYMENTS, as JAN 2000 and add paragraph (f) to conform to a FEHBAR amendment published in the Federal Register on June 8, 2000, as follows:

SECTION 3.1
PAYMENTS--COMMUNITY RATED CONTRACTS (JAN 2000)
(FEHBAR 1652.232-70)

(f) <u>Exception for the 3-Year DoD Demonstration Project (10 U.S.C. 1108).</u>

The Carrier may, at its discretion, request funds from the Employees Health Benefits Fund to mitigate excessive costs in relation to premiums. If the Carrier requests funds from the Employees Health Benefits Fund to mitigate risk, it will be required to perform annual reconciliations for the duration of the demonstration project. OPM will reimburse the Carrier's costs significantly in excess of the premiums first from the Carrier's demonstration project Contingency Reserve and then from the Employees Health Benefits Fund Administrative Reserve. After the final accounting, OPM will place any surplus demonstration project premiums in the regular Contingency Reserves of all carriers continuing in the FEHB Program for the contract year following the year in which the demonstration project ends. Credit will be in proportion to the amount of subscription charges

paid and accrued to each carrier's plan for the last year of the demonstration project.

8. Revise paragraph (c), Section 3.2, ACCOUNTING AND PRICE ADJUSTMENT, to conform to the FEHBAR amendment published in the Federal Register on June 8, 2000, as follows:

SECTION 3.2
ACCOUNTING AND PRICE ADJUSTMENT (JAN 2000) (FEHBAR 1652.216-70)

(c) Exception for the 3-Year DoD Demonstration Project (10 U.S.C. 1108).
(1) Similarly sized subscriber group (SSSG) rating methodologies shall not be used to determine the reasonableness of the Carrier's demonstration project premium rates. The Carrier's rates shall not be adjusted for equivalency with SSSG rating methodologies. The Carrier shall benchmark premiums against adjusted community rates if available, Medigap offerings, or other similar products.
(2) The Carrier shall account separately for health benefits charges paid using demonstration project funds and regular FEHB funds. Direct administrative costs attributable solely to the demonstration project shall be fully chargeable to the demonstration project. Indirect administrative costs associated with the demonstration project will be allocated to the demonstration project based on the percentage obtained by dividing the dollar amount of claims processed under the demonstration project by the dollar amount of total claims processed for FEHB Program activity.

9. Update Section 3.3, RATE REDUCTION FOR DEFECTIVE PRICING OR DEFECTIVE COST OR PRICING DATA, by adding a new paragraph (d) to conform to the FEHBAR amendment published in the Federal Register on June 8, 2000, as follows:

SECTION 3.3
RATE REDUCTION FOR DEFECTIVE PRICING OR DEFECTIVE COST OR PRICING DATA (JAN 2000) (FEHBAR 1652.215-70)

(d) Exception for the 3-Year DoD Demonstration Project (10 U.S.C. 1108).
(1) Similarly sized subscriber group (SSSG) rating methodologies shall not be used to determine the reasonableness of the Carrier's demonstration project premium rates. The Carrier's rates shall not be adjusted for equivalency with SSSG rating methodologies. The Carrier shall benchmark premiums against adjusted community rates if available, Medigap offerings, or other similar products.
(2) The Carrier shall account separately for health benefits charges paid using demonstration project funds and regular FEHB funds. Direct administrative costs attributable solely to the demonstration project shall be fully chargeable to the demonstration project. Indirect administrative costs associated with the demonstration project will be allocated to the demonstration project based on the percentage obtained by dividing the dollar amount of claims processed under the demonstration project by the dollar amount of total claims processed for FEHB Program activity.

10. Redate Section 3.6, DISCREPANCIES BETWEEN ENROLLMENT AND PAYMENTS TO CARRIER, as SEP 2000, and redesignate paragraph (d) as (c) to read as follows:

SECTION 3.6
DISCREPANCIES BETWEEN ENROLLMENT AND PAYMENTS TO CARRIER (SEP 2000)

(a) The OPM and the Carrier recognize that the portion of subscription payments under Section 3.1(a) forwarded by OPM to the Carrier for Enrollees may not be consistent with the Carrier's reconciliation of enrollment under Section 1.5. Therefore, the OPM and the Carrier agree:

(1) That any individual discrepancies discovered in the course of reconciliation, in which the agency certifying officer and the Carrier agree as to the enrollment status of the individual, shall be corrected by the applicable agency to reflect the valid enrollment(s). If the reconciliation indicates that the subscription payments were not made or were made in error, appropriate adjustments shall be made by the agency to the Fund pursuant to law. Any adjustment in the subscription charges received by the Fund from the agency as a result of a reconciliation shall be forwarded by OPM under Section 3.1(a); and

(2) That the rates in Appendix B include an adjustment to the subscription charges equal to one percent in full resolution of all discrepancies not corrected under Section 3.6(b)(1).

(b) In consideration of the adjustments in Section 3.6(a)(1) and (2), the Carrier accepts the adjustment to the subscription charges in full resolution of all obligations of the Government in connection with the subscription payments as described in this section 3.6, and waives any rights it may have to claims for subscription payments under Section 3.1(a).

(c)(1) The FEHB Clearinghouse will reconcile enrollments between carriers and Federal agencies. The Carrier shall pay a pro rata share based on its proportion of FEHB enrollment as determined by OPM for the cost of developing the Clearinghouse.

(2) OPM shall withhold the amount due from the Carrier's subscription charges under the authority of FEHBAR 1652.232-70, Payments--Community-Rated Contracts, and shall forward payment to the FEHB Clearinghouse.

11. Add a new Section 3.8 entitled TAXPAYER IDENTIFICATION NUMBER, to conform to FEHBAR clause 1652.204-73, published in the Federal Register on June 8, 2000, as follows:

SECTION 3.8
TAXPAYER IDENTIFICATION
NUMBER (JAN 2000)
(FEHBAR 1652.204-73)

*(a) Definitions.*

"Common parent," as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the Carrier is a member.

"Taxpayer Identification Number (TIN)," as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the Carrier in reporting income tax and other returns.

(b) The Carrier must submit the information required in paragraphs (d) through (f) of this clause to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. The Carrier is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904. The Carrier's failure or refusal to furnish the information will result in payment being withheld until the TIN number is provided.

(c) The Government may use the TIN to collect and report on any delinquent amounts arising out of the Carrier's relationship with the Government (31 U.S.C. 7701(c)(3)). The TIN provided

hereunder may be matched with IRS records to verify its accuracy.

(d) *Taxpayer Identification Number* (TIN).

TIN: ___________________

(e) Type of organization.

- ☐ Sole proprietorship;
- ☐ Partnership;
- ☐ Corporate entity (not tax-exempt);
- ☐ Corporate entity (tax-exempt);
- ☐ Other ____________________________.

(f) Common parent.

- ☐ Carrier is not owned or controlled by a common parent as defined in paragraph (a) of this clause.
- ☐ Name and TIN of common parent:

Name____________________

TIN_____________________

12. Appendix C, CONTRACT ADMINISTRATION DATA, is removed and reserved.

APPENDIX C
[RESERVED]

13. Rename Appendix E as RULES FOR COORDINATION OF BENEFITS as follows:

APPENDIX E
RULES FOR COORDINATION OF BENEFITS

PART V-REQUIRED CLAUSES

The following FAR clauses have been revised since we sent you the last full contract amendments.

SECTION 5.18
CONTRACT WORK HOURS AND SAFETY STANDARDS ACT — OVERTIME COMPENSATION (SEP 2000) (FAR 52:222-4)

(a) *Overtime requirements.* No Contractor or subcontractor employing laborers or mechanics (see Federal Acquisition Regulation 22.300) shall require or permit them to work over 40 hours in any workweek unless they are paid at least 1 and ½ times the basic rate of pay for each hour worked over 40 hours.

(b) *Violation: liability for unpaid wages; liquidated damages.* The responsible Contractor and subcontractor are liable for unpaid wages if they violate the terms in paragraph (a) of this clause. In addition, the Contractor and subcontractor are liable for liquidated damages payable to the Government. The Contracting Officer will assess liquidated damages at the rate of $10 per affected employee for each calendar day on which the employer required or permitted the employee to work in excess of the standard workweek of 40 hours without paying overtime wages required by the Contract Work Hours and Safety Standards Act.

(c) *Withholding for unpaid wages and liquidated damages.* The Contracting Officer will withhold from payments due under the contract sufficient funds required to satisfy any Contractor or subcontractor liabilities for unpaid wages and liquidated damages. If amounts withheld under the contract are insufficient to satisfy Contractor or subcontractor liabilities, the Contracting Officer will withhold payments from other Federal or Federally assisted contracts held by the same Contractor that are subject to the Contract work Hours and Safety Standards Act.

(d) Payrolls and basic records. (1) The Contractor and its subcontractors shall maintain payrolls and basic payroll records for all laborers and mechanics working on the contract during the contract and shall make them available to the Government until 3 years after contract completion. The records shall contain the name and address of each employee, social security number, labor classifications, hourly rates of wages paid, daily and weekly number of hours worked, deductions made, and actual wages paid. The records need not duplicate those required for construction work by Department of Labor regulations at 29 CFR 5.5(a)(3) implementing the Davis-Bacon Act.

(2) The Contractor and its subcontractors shall allow authorized representatives of the Contracting Officer or the Department of Labor to inspect, copy, or transcribe records maintained under paragraph (d)(1) of this clause. The Contractor or subcontractor also shall allow authorized representatives of the Contracting Officer or Department of Labor to interview employees in the workplace during working hours.

(e) Subcontracts. The Contractor shall insert the provisions set forth in paragraphs (a) through (d) of this clause in subcontracts exceeding $100,000 and require subcontractors to include these provisions in any lower-tier subcontracts. The Contractor shall be responsible for compliance by any subcontractor or lower-tier subcontractor with the provisions set forth in paragraphs (a) through (d) of this clause.