SECTION 5.24
[RESERVED]

# APPENDIX E

## RULES FOR COORDINATION OF BENEFITS

Model Regulation Service--January 1996

National Association of Insurance Commissioners

When a person is covered by two (2) or more plans, the rules for determining the order of benefit payments are as follows:

A. The primary plan must pay or provide its benefits as if the secondary plan or plans did not exist.

B. A plan that does not contain a coordination of benefits provision that is consistent with this regulation is always primary. There is one exception: coverage that is obtained by virtue of membership in a group and designed to supplement a part of a basic package of benefits may provide that the supplementary coverage shall be excess to any other parts of the plan provided by the contract holder. Examples of these types of situations are major medical coverages that are superimposed over base plan hospital and surgical benefits, and insurance type coverages that are written in connection with a closed panel plan to provide out-of-network benefits.

C. A plan may consider the benefits paid or provided by another plan only when it is secondary to that other plan.

D. Order of Benefit Determination

The first of the following rules that describes which plan pays its benefits before another plan is the rule to use:

(1) Non-Dependent or Dependent. The plan that covers the person other than as a dependent, for example as an employee, member, subscriber or retiree, is primary and the plan that covers the person as a dependent is secondary. However, if the person is a Medicare beneficiary, and, as a result of the provisions of Title XVIII of the Social Security Act and implementing regulations, Medicare is:

(a) Secondary to the plan covering the person as a dependent; and

(b) Primary to the plan covering the person as other than a dependent (e.g. a retired employee),

then the order of benefits is reversed so that the plan covering the person as an employee, member, subscriber or retiree is secondary and the other plan is primary.

(2) Child Covered Under More Than One Plan.

(a) The primary plan is the plan of the parent whose birthday is earlier in the year if:

(i) The parents are married;

(ii) The parents are not separated (whether or not they ever have been married); or

(iii) A court decree awards joint custody without specifying that one parent has the responsibility to provide health care coverage.

(b) If both parents have the same birthday, the plan that has covered either of the parents longer is primary.

(c) If the specific terms of a court decree state that one of the parents is responsible for the child's health care expenses or health care coverage and the plan of that parent has actual knowledge of those terms, that plan is primary. If the parent with financial responsibility has no coverage for the child's health care services or expenses, but that parent's spouse does, the spouse's plan is primary. This subparagraph shall not apply with respect to any claim determination period or plan year during which benefits are paid or provided before the entity has actual knowledge.

(d) If the parents are not married or are separated (whether or not they ever were married) or are divorced, and there is no court decree allocating responsibility for the child's health care services or expenses, the order of

benefit determination among the plans of the parents and the parents' spouses (if any) is:

(i) The plan of the custodial parent;

(ii) The plan of the spouse of the custodial parent;

(iii) The plan of the noncustodial parent; and then

(iv) The plan of the spouse of the noncustodial parent.

(3) Active or Inactive Employee. The plan that covers a person as an employee who is neither laid off nor retired (or as that employee's dependent) is primary. If the other plan does not have this rule; and if, as a result, the plans do not agree on the order of benefits, this rule is ignored. Coverage provided an individual as a retired worker and as a dependent of that individual's spouse as an active worker will be determined under Subsection D(1).

***Drafting Note:*** *This rule covers the situation where one individual is covered under one policy as an active worker and under another policy as a retired worker. It would also apply to an individual covered as a dependent under both of those policies.*

(4) Continuation Coverage. If a person whose coverage is provided under a right of continuation pursuant to federal or state law also is covered under another plan, the plan covering the person as an employee, member, subscriber or retiree (or as that person's dependent) is primary and the continuation coverage is secondary. If the other plan does not have this rule, and if, as a result, the plans do not agree on the order of benefits, this rule is ignored.

***Drafting Note:*** *The Consolidated Omnibus Budget Reconciliation Act of 1987 (COBRA) originally provided that coverage under a new group health plan caused the COBRA coverage to end. An amendment passed as part of P.L. 101-239, the Omnibus Budget Reconciliation Act of 1989 (COBRA 89) allows the COBRA coverage to continue if the new group plan contains any preexisting condition limitation. In this instance two group plans will cover an individual, and the rule above will be used to determine which of them assumes the primary position. In addition, some states have continuation provisions comparable to the federal law.*

(5) Longer or Shorter Length of Coverage. If the preceding rules do not determine the order of benefits, the plan that covered the person for the longer period of time is primary.

(a) To determine the length of time a person has been covered under a plan, two plans shall be treated as one if the covered person was eligible under the second within twenty-four (24) hours after the first ended.

(b) The start of a new plan does not include:

(i) A change in the amount or scope of a plan's benefits;

(ii) A change in the entity that pays, provides or administers the plan's benefits; or

(iii) A change from one type of plan to another (such as, from a single employer plan to that of a multiple employer plan).

(c) The person's length of time covered under a plan is measured from the person's first date of coverage under that plan. If that date is not readily available for a group plan, the date the person first became a member of the group shall be used as the date from which to determine the length of time the person's coverage under the present plan has been in force.

(6) If none of the preceding rules determines the primary plan, the allowable expenses shall be shared equally between the plans.

United States
**Office of**
**Personnel Management** Washington, D.C. 20415-0001

In Reply Refer To: Your Reference:

AUG 9 2001

Ms. Carole Henry
Texas Health Choice
9330 Amberton Parkway
Building II, Entrance A
Dallas, TX 75423

**Re: Texas Health Choice (Code 2T)**

Dear Ms. Henry:

In regards to you inquiry concerning Texas Health Choice (2T) we have come to the following conclusions. You had informed us that you would be withdrawing from the FEHB program at the end of 2000; therefore, we should not have performed a reconciliation of your 2000 contract rates. We need to settle the outstanding amount owed to OPM due to an overpayment.

**Outstanding Amount Due**

Your 2000 proposed rates were reduced by $1.07 per self enrollment and $2.75 per family enrollment in order to generate a contingency reserve payment of $12,827. We have determined the precise amount of the contingency reserve payment by multiplying the amount of the rate reduction by the plan's actual March 31, 2000 enrollment. See the enclosed calculations.

The reconciliation for 2000 found that OPM owed your plan $98,936 of which $52,504 of this amount was paid. This reconciliation should not have been performed since it is OPM's policy not to perform a reconciliation of a dropped plan. Therefore, only $12,827 from the rate reduction should have been paid.

As a result of this overpayment, OPM is due $39,677.

Please send a check payable to the Office of Personnel Management to the following address:

Office of Actuaries
Office of Personnel Management
Room 4307
1900 E Street, NW
Washington, DC 20415

If you have any questions about this letter, please contact Stacey Vezina at (202) 606-0722.

Sincerely,

Nancy H. Kichak

Nancy H. Kichak
Director
Office of Actuaries

Enclosures

cc: Clifford Mosley

Texas Health Choice

September 27, 2001

Mr. Clifford Moseley, Contract Specialist
OFFICE OF PERSONNEL MANAGEMENT
1900 E Street, N.W.
Washington, D.C. 20415

VIA FACSIMILE (202.606.0767)
original to follow via regular mail

REFERENCE: ***Texas Health Choice, L.C.***
***Enrollment Code UK1/UK2 – Non-Renewal of Contract***
***Dallas/Fort Worth***

Dear Mr. Moseley:

In accordance with Section 1.15 of the contract, please let this serve as formal notification of our decision to non-renew the above-referenced contract with the Office of Personnel Management to participate in the Federal Employee Health Benefits Program (FEHBP) in Texas, effective December 31, 2001.

We appreciate the opportunity to have been able to provide a benefits plan to the FEHBP members in the Dallas/Fort Worth.

We await your guidance so that we can appropriately notify the members of our withdrawal from the program and help effect a smooth transition for the members to one of the other benefit plans available to them.

If you have any questions, please don't hesitate to contact us. I've requested that Shelley Cranley or Sue Hockenson be your point of contact to ensure a smooth transition for our members. Shelley or Sue can be reached at (702) 242-7173 and 7193, respectively.

Sincerely,

David M. Marlon

David M. Marlon
President

cc: Marie Soldo, Exec. V.P., Government Affairs, Sierra Health Services
Frank Collins, Sr. V.P., Legal and Administration, Sierra Health Services
Shelley Cranley, Asst. V.P., Government Affairs, Sierra Health Services
Sue Hockenson, Director, Government Affairs, Sierra Health Services



Texas Health Choice, L.C. • Northpointe II Office • 9330 Amberton Parkway • Suite 110C • Dallas, TX 75243
www.sierrahealth.com

FILE

United States
**Office of**
**Personnel Management** Washington, DC 20415-0001

OCTOBER 1, 2001

DAVID MARLON, PRESIDENT
TEXAS HEALTH CHOICE
2724 NORTH TENAYA WAY
LAS VEGAS NV 89128

Dear Mr. Marlon:

This is in reply to your letter dated September 27, 2001, notifying the Office of Personnel Management (OPM) that your Plan will not be renewing its contract for 2002. The Plan will, therefore, withdraw from participation in the Federal Employees Health Benefits program (FEHBP) at the end of the 2001 contract year.

Please notify all Federal enrollees of your Plan's termination in the FEHBP by sending them a copy of the enclosed notice. It should be printed on your Plan's letterhead. This notice must be mailed no later than **October 12, 2001**. Please send us a copy of the final notice (dated) in advance of your mailing to your enrollees.

Please remember that you are required to provide benefits to all Federal enrollees until coverage under their new health plans begins next year.

> 5 CFR Section 890.201 (a)(9) states, "a health benefits plan shall ... Provide for continued enrollment to the end of the current pay period for each employee and annuitant enrolled at the effective date of termination of a contract. The carrier is entitled to subscription charges for this continued enrollment."

This means your Plan is responsible for continuing coverage until the effective date of each Federal enrollee's new health plan enrollment, which will be shown on your Plan's copies of enrollees' new Health Benefits Registration Forms (SF 2809) or the electronic or hard copy lists of enrollment changes provided by agencies and retirement systems.

We appreciate your notification well in advance of your contract termination and we will work with you to ensure a smooth transition. Please continue to work with your OPM Contract Specialist if you need any assistance.

Sincerely,

Wm. Stuart 10/1/01

William T. Stuart, Branch Chief
Insurance Contracts Division III
Office of Insurance Programs

Enclosure
PLAN NAME

**This is to inform you that you need to choose a new health plan for 2002. This Plan (name and enrollment codes) is terminating its contract and will not be offered to federal enrollees next year.**

To continue to receive benefits under the Federal Employees Health Benefits (FEHB) Program, you will need to change to another health plan during the **Open Season** which will be held from **November 12 through December 10, 2001**. The effective date of your change will be January 1, 2002. Your health plan will continue to provide benefits until the effective date of your enrollment change.

**Patients' Bill of Rights:** Under the Patients' Bill of Rights, enrollees who are seeing a specialist for a chronic or disabling condition or who are in the second or third trimester of a pregnancy have a right to continued treatment for up to 90 days of care (or treatment through the end of post-partum care) following notice that a health plan is leaving the FEHB program. This information is being provided to you more than 90 days in advance so that you have time to make arrangements for your continued care.

**Employees:** If you are an employee, please contact your personnel office and enroll in a new health plan by no later than December 10, 2001. **If you do not change your enrollment by that date, you will not have any health benefit coverage in 2002.** The effective date of coverage for your new health plan will generally be January 1, 2002. The new premium will be effective the first pay period in 2002. For **Postal employees**, the effective date will be January 1, 2002.

**Retirees:** If you are retired, your retirement system will send you Open Season materials to help you to select a different health plan. This information will tell you how to request health plan brochures and how to change your enrollment to a new health plan. You will need to select a new health plan during the Open Season. **If we do not receive your enrollment change by the end of Open Season, your enrollment will be transferred to the Blue Cross and Blue Shield Service Benefit Plan.**

If you are a Civil Service Retirement System (CSRS) or Federal Employees Retirement System (FERS) retiree and need additional information, you should call Open Season Express at 1.800.332.9798 or access Open Season Online at http://www.opm.gov/retire/fehb. If you have impaired hearing, the Retirement Information Office has a toll-free TDD number you may use for assistance (1.800.878.5707). Please have your annuity claim number and your social security number available when you call. Please also include these numbers in any correspondence. **If you are a retiree of another Federal retirement system, you should contact your retirement system if you need additional help.**

SIERRA HEALTH SERVICES, INC.®
All the benefits of good health.sm

P.O. Box 15645 ◆ Las Vegas, NV ◆ 89114-5645 ◆ (702) 242-7000

# FACSIMILE COVER PAGE

**Date:** October 2, 2001

**Transmission Time:**

**To:** Cliff Mosley

**Telephone Number:**

**Fax Number Called:** (202) 606-0767

**From:** Shelley Cranley

**Dept:** Government Affairs

**Telephone Number:** (702) 242-7173

**Fax Number:** (702) 242-7931

**Total Number of Pages (Including Cover Page):** 5

**Original to Follow:** x_____ Yes ______ No

**Confirmation Requested:** ______ Yes x_____ No

**Message/Comments for Recipient:**

Cliff:

Attached is the finalized Texas Health Choice member notification, which will be mailed on October 3rd, along with a copy of the press release that provides more information on what's happening with Texas Health Choice.

I very much appreciate your timely assistance with effecting our decision.

Regards,

Shelley

Note: If you have any problems with this transmission or have not received all of the pages sent, please call the telephone number of the sender above.

The information contained in this facsimile is intended only for the use of the individual or entity to whom it is addressed, it may be confidential, and it may also be attorney-client privileged. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this facsimile in error, please call the sender at the telephone number listed above immediately.

G:\WINWORD\FORMS\FAXCOVER.TM;10/02/01

SIERRA HEALTH SERVICES, INC.

Shelley Wike Cranley
Assistant Vice President
Government Affairs and Special Projects

2724 N. Tenaya Way
Las Vegas, NV 89128
(702) 242-7173
E-MAIL: shelleyc@sierrahealth.com

Mailing Address:
P.O. Box 15645
Las Vegas, NV 89114-5645
FAX (702) 242-7931

Texas Health Choice

October 3, 2001

Dear Member:

**This is to inform you that you need to choose a new health plan for 2002. Texas Health Choice, Enrollment Codes UK1 and UK2, is terminating its contract and will not be offered to federal enrollees next year.**

To continue to receive benefits under the Federal Employees Health Benefits (FEHB) Program, you will need to change to another health plan during the **Open Season** which will be held from **November 12 through December 10, 2001.** The effective date of your change will be January 1, 2002. Your health plan will continue to provide benefits until the effective date of your enrollment change.

**Patients' Bill of Rights:** Under the Patients' Bill of Rights, enrollees who are seeing a specialist for a chronic or disabling condition or who are in the second or third trimester of a pregnancy have a right to continued treatment for up to 90 days of care (or treatment through the end of post-partum care) following notice that a health plan is leaving the FEHB program. This information is being provided to you more than 90 days in advance so that you have time to make arrangements for your continued care.

**Employees:** If you are an employee, please contact your personnel office and enroll in a new health plan by no later than December 10, 2001. **If you do not change your enrollment by that date, you will not have any health benefit coverage in 2002.** The effective date of coverage for your new health plan will generally be January 1, 2002. The new premium will be effective the first pay period in 2002. For **Postal employees**, the effective date will be January 1, 2002.

**Retirees:** If you are retired, your retirement system will send you Open Season materials to help you to select a different health plan. This information will tell you how to request health plan brochures and how to change your enrollment to a new health plan. You will need to select a new health plan during the Open Season. **If we do not receive your enrollment change by the end of Open Season, your enrollment will be transferred to the Blue Cross and Blue Shield Service Benefit Plan.**

If you are a Civil Service Retirement System (CSRS) or Federal Employees Retirement System (FERS) retiree and need additional information, you should call Open Season Express at 1.800.332.9798 or access Open Season Online at http://www.opm.gov/retire/fehb. If you have impaired hearing, the Retirement Information Office has a toll-free TDD number you may use for assistance (1.800.878.5707). Please have your annuity claim number and your social security number available when you call. Please also include these numbers in any correspondence. **If you are a retiree of another Federal retirement system, you should contact your retirement system if you need additional help.**

We are appreciative of the opportunity to have been able to provide healthcare benefits for you and, for those of you with family coverage, the other members of your family. We wish you the best of health in the future.

Sincerely,

David M. Marlon
President



Texas Health Choice, L.C. • Northpointe II Office • 9330 Amberton Parkway • Suite 110C • Dallas, TX 75243
www.sierrahealth.com

# press release

**Sierra Health Services, Inc.®**
2724 North Tenaya Way
Las Vegas, Nevada 89128
(702) 242-7000

**FOR IMMEDIATE RELEASE**

**CONTACTS:**

Peter O'Neill
VP, Public & Investor Relations
Sierra Health Services, Inc.
(702) 242-7156

Laura Hubbard
Senior Director of Marketing
AmCare HMO
(713) 293-3731

Paul Palmer
VP, Chief Financial Officer
Sierra Health Services, Inc.
(702) 242-7112

## SIERRA HEALTH SERVICES, INC. ANNOUNCES TEXAS HEALTH CHOICE EXITING TEXAS MARKET

***Las Vegas & Houston, October 1, 2001*** – Sierra Health Services, Inc. (NYSE:SIE), announced today, as part of its plan to exit the Texas market, that Texas Health Choice, L.C. (TXHC) has entered into an agreement with AmCare Health Plans, Inc., a Houston-based health maintenance organization, to offer replacement coverage to all large and small groups covered by TXHC. This replacement coverage option should be available within the next thirty days. The agreement is expected to affect approximately 30,000 commercial members in the Dallas/Ft. Worth service area. TXHC also announced that it will be filing a Plan of Withdrawal with the Texas Department of Insurance. Pursuant to state regulations, TXHC will give 180 days notice of termination to all its members. Sierra's decision last month to discontinue Medicare+Choice coverage in Dallas/Ft. Worth, effective January 1, 2002, is not affected by this agreement.

"It is clearly in the best interests of the company to exit the Texas market," said Anthony M. Marlon, M.D., chairman and chief executive officer of Sierra. "These operations, while clearly much improved over the past twelve months, have historically lost money. By eliminating our continued focus on restructuring and turning around these operations, we can devote considerably more time to our profitable core operations in Nevada and to those subsidiaries of Sierra that are currently outperforming expectations."

"The addition of membership and provider contracts that this acquisition will bring to AmCare's portfolio will strengthen our membership and presence throughout the Dallas/Ft. Worth Metroplex," said Thomas S. Lucksinger, president and chief executive officer of AmCare Health Plans.

---more---

Sierra acquired the Dallas/Ft. Worth assets of Kaiser Foundation Health Plan of Texas in late 1998. The company quickly faced challenges due to issues surrounding retroactivity on Kaiser membership and organizational difficulties within its core medical group, The Medical Group of Texas (TMGT). In late 1999, the company sold its retail pharmacy operations to Albertsons. In early 2000, Sierra announced a significant restructuring of all of its Texas operations, eventually resulting in the sale of certain assets of TMGT to MedicalEdge Healthcare Group, Inc. and the sale of its Houston operations to AmCare. It was during this most recent period of financial recovery that discussions with providers on recontracting for 2002 revealed unsustainable cost increases.

AmCare Health Plans, Inc., based in Houston, Texas, is a provider of healthcare benefits and ancillary health insurance services in Texas, Oklahoma and Louisiana. AmCare focuses on the local delivery of healthcare benefit services and is committed to the communities it serves. AmCare offers the marketplace an enhanced healthcare payment and delivery system for members, providers and employers through its managed healthcare products which include HMO, POS and PPO networks.

Sierra Health Services, Inc., based in Las Vegas, is a diversified healthcare services company that operates health maintenance organizations, indemnity and workers' compensation insurers, military health programs, preferred provider organizations and multi-specialty medical groups. Sierra's subsidiaries serve over 1.2 million people through health benefit plans for employers, government programs and individuals. For more information, visit the company's website at www.sierrahealth.com.

Statements in this news release that are not historical facts are forward-looking and based on management's projections, assumptions and estimates; actual results may vary materially. Forward-looking statements are subject to certain risks and uncertainties, which include but are not limited to: 1) potential adverse changes in government regulations and programs, including TRICARE, Medicare and legislative proposals to eliminate or reduce ERISA pre-emption of state laws that would increase potential litigation exposure; 2) competitive forces that may affect pricing, enrollment and benefit levels; 3) unpredictable medical costs and inflation; 4) successful integration of acquired companies; 5) economic impact of expansion; 6) changes in borrowing costs; 7) potential complications with computer conversions. Further factors concerning financial risks and results may be found in documents filed with the Securities and Exchange Commission and which are incorporated herein by reference.

###

United States
**Office of
Personnel Management** Washington, D.C. 20415-0001

In Reply Refer To: Your Reference:

OCT 15 2001

Ms. Carole Henry
Texas Health Choice
9330 Amberton Parkway
Building II, Entrance A
Dallas, TX 75423

Re: Texas Health Choice (Code UK)

Dear Ms. Henry:

This letter concerns Texas Health Choice(UK). We were informed that you would be withdrawing from the FEHB program at the end of 2001; therefore, we should not have performed a reconciliation of your 2001 contract rates. We need to settle the outstanding amount owed to OPM due to an over payment.

**Outstanding Amount Due**

Your 2001 proposed rates were reduced by $1.86 per self enrollment and $4.77 per family enrollment in order to generate a contingency reserve payment of $491,170. We have determined the precise amount of the contingency reserve payment by multiplying the amount of the rate reduction by the plan's actual March 31, 2000 enrollment. See the enclosed calculations.

The reconciliation for 2001 found that OPM owed your plan $1,145,061 which was paid on August 17, 2001. This reconciliation should not have been performed since it is OPM's policy not to perform a reconciliation of a dropped plan. Therefore, only $422,815 from the rate reduction should have been paid.

As a result of this overpayment, OPM is due $622,246.

Please send a check, by November 2, 2001, payable to the Office of Personnel Management to the following address:

Office of Actuaries
Office of Personnel Management
Room 4307
1900 E Street, NW
Washington, DC 20415

If you have any questions about this letter, please contact Sherry Simon at (202) 606-0722.

Sincerely,

Nancy H. Kichak
Director
Office of Actuaries

Enclosures

cc: Clifford Mosley

[illegible] 10/15/01

# Computation of Payment for Dropped Plan

Texas Health Choice (UK)

| | Self | Family | Total |
|---|---|---|---|
| Plan's Enrollment (March 31, 2001) | 1520 | 2697 | |
| 1 Reduction in 2001 Rates for CR Payment | $1.86 | $4.77 | |
| 2 March 31, 2001 Enrollment | 1520 | 2697 | |
| 3 Lost Premium {(1)X(2)X26} | $73,507.20 | $334,481.94 | |
| 4 Total Lost Premium | | | $407,989.14 |
| 5 Reduction in 2001 Rates to Recover Amount Due OPM | $0.00 | $0.00 | |
| 6 March 31, 2001 Enrollment | 1520 | 2697 | |
| 7 Amount Recovered {(5)X(6)X26} | $0.00 | $0.00 | |
| 8 Total Recovered | | | $0.00 |
| 9 Actual Amount Owed OPM | | | |
| 10 Total Due OPM | | | $0.00 |
| 11 Increase in 2001 Rates to Pay Amount Due Plan | $0.00 | $0.00 | |
| 12 March 31, 2001 Enrollment | 1520 | 2697 | |
| 13 Amount Paid | $0.00 | $0.00 | |
| 14 Total Amount Paid | | | $0.00 |
| 15 Actual Amount Owed Plan | | | $0.00 |
| 16 Total Due Plan | | | $0.00 |
| 17 Brochure Printing Costs | | | $14,826.00 |
| 18 Other Outstanding Amounts Due Plan | | | $0.00 |
| 19 Other Outstanding Amounts Due OPM | | | $0.00 |
| 20 Total Due Plan {(4)+(16)+(17)+(18)} | | | $422,815.14 |
| 21 Total Due OPM {(10)+(19)} | | | $0.00 |
| 22 **Net Due Plan/(OPM) {(20)-(21)}** | | | **$422,815.14** |
| 23 Paid Plan 8/17/01 | | | $1,045,061.00 |
| 24 Additional Amount due plan | | | -$622,245.86 |

bcc: Joel Michaels
Christine Russo
Marie [illegible]

Texas
Health Choice

January 8, 2002

William T. Stuart, Contracting Officer, Contracts Division III
Office of Insurance Programs
OFFICE OF PERSONNEL MANAGEMENT
1900 E Street, N.W.
Room 4416
Washington, D.C. 20415

REFERENCE: ***Texas Health Choice (Code UK)***

Dear Mr. Stuart:

Pursuant to Section 5.36 of the Standard Contract, Texas Health Choice (TXHC) (herein sometimes referred to as the "Contractor") hereby files this certified claim disputing the action taken by the Office of Personnel Management (OPM) to recoup $622,246 paid to TXHC for the 2001 rate reconciliation. The alleged basis for OPM's action was TXHC's termination of its contract to participate in the Federal Employees Health Benefits Program (FEHBP) at the end of the 2001 contract year.

On October 15, 2001, Ms. Nancy Kichak of OPM's Office of Actuaries sent a letter to Ms. Carole Henry at TXHC requesting TXHC return $622,246 that was due TXHC pursuant to the 2001 rate reconciliation performed earlier in the year. OPM subsequently recouped the $622,246 through a reduction of TXHC's December 2001 premium.

We understand from Ms. Kichak's letter that it is OPM's policy not to perform a rate reconciliation for the final year of the contract. However, OPM did perform a rate reconciliation, which confirmed that TXHC was due $622,246. TXHC believes the application of OPM's policy regarding terminating plans to TXHC is unfair and inequitable under the circumstances, given the heavy financial losses TXHC incurred on the FEHBP and the rate methodologies used for the similarly sized subscriber groups (SSSGs). In addition, we believe that the regulation (48 C.F.R. § 1652.216-70(b)(6)) upon which OPM relied in recouping the $622,246 from TXHC is inconsistent with OPM's statutory obligation to pay a ***fair and equitable*** rate and a rate that is equivalent to that charged the similarly sized subscriber groups (SSSGs).

Given the circumstances described above, we believe that TXHC should be allowed the full amount of the reconciliation adjustment of $622,246 that was recouped by OPM in the manner described above.



Texas Health Choice, L.C. • 9330 Amberton Parkway • Dallas, TX 75243 • (972) 479-5000
www.texashealthchoice.com

I look forward to receiving a timely response. Please let me know if there is any additional information needed to evaluate our claim. I can be reached at (972) 479-5008 and Shelley Cranley can be reached at (702) 242-7173.

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the Contractor.

Sincerely,

David M. Marlon
President

cc: Jon Bunker, Chairman, Board of Managers, Texas Health Choice
Frank Collins, Member, Board of Managers, Texas Health Choice
Shelley Cranley, Asst. V.P., Government Affairs, Sierra Health Services