# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**GHS HEALTH MAINTENANCE ORGANIZATION, INC. d/b/a BLUELINCS HMO,**

**Plaintiff,**

**TEXAS HEALTH CHOICE, L.C.,**

**Plaintiff,**

**SCOTT & WHITE HEALTH PLAN,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * *

**Nos. 01-517C; 05-371C; 05-963C**
**Filed: May 9, 2007**

**O R D E R**

The court issued its opinion in the above-captioned cases on April 17, 2007, granting the plaintiffs' motions for summary judgment . In a May 7, 2007 joint status report, and again in a May 9, 2007 status conference, the parties have stipulated to the amount of the plaintiffs' damages. The parties are to be commended for their professionalism and cooperation in expeditiously deriving damages. The clerk's office shall enter final **JUDGMENT**, in favor of Scott & White Health Plan in the amount of $3,625,782.00, plus Contract Disputes Act (CDA) interest computed from October 10, 2000, the date of submission of its certified claim to the contracting officer; in favor of Texas Health Choice, L.C. in the amount of $622,246.00, plus CDA interest computed from January 8, 2002; and in favor of GHS Health Maintenance Organization, Inc., d/b/a BlueLincs HMO, for its first claim in the amount of $314,587.00, plus CDA interest computed from July 20, 2001, and for its second claim in the amount of $50,375.00, plus CDA interest computed from March 7, 2002.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**